NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

CLEAR FORM

Robert Tauler (SBN 241964)
rtauler@taulersmith.com
Tauler Smith, LLP
626 Wilshire Boulevard, Suite 510
Los Angeles, California 90017
Tel: (310) 590-3927

ATTORNEY(S) FOR:  Plaintiff Enttech Media Group LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ENTTECH MEDIA GROUP LLC

Plaintiff(s),

v.

OKULARITY, INC., et al.

Defendant(s)

CASE NUMBER:

2:20-cv-06298

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:  THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff Enttech Media Group LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Tom Florio | Member |
| Drew Elliot | Member |
| XRM Media International LLC | Member |
| 3 Brothers Café LLC | Member |

July 16, 2020
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Enttech Media Group

CV-30 (05/13)   NOTICE OF INTERESTED PARTIES