Civil Action No. **2:20-cv-06298 RGK (Ex)**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* **Okularity, Inc**
was received by me on July 21, 2020

☐ I personally served the Service Documents on the individual at    on

☐ I left the Service Documents at the individual's residence or usual place of abode with _____ ,a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the Summons In A Civil Action; Complaint; Civil Cover Sheet; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program to **Madeline P. as Receptionist and person authorized to accept -** , who is designated by law to accept service of process on behalf of **Okularity, Inc** on **July 27, 2020 11:39**

☐ I returned the Summons In A Civil Action; Complaint; Civil Cover Sheet; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program unexecuted because;

My fees are $ .00 for travel and $ 69.00 for services, for a total of $ 69.00

I declare under penalty of perjury that this information is true.

Date: 8/3/2020

*Bonita Haller*
*Server's signature*

**Bonita Haller, Registered Process Server**
*Printed name and title*

Contracted by Amstar Express, Inc
509 Marin Street, # 237,
Thousand Oaks, CA 91360
(888) 778-2711
*Server's Address*

A0440-A19370