1  Robert Tauler (SBN 241964)
   rtauler@taulersmith.com
2  Tauler Smith, LLP
   626 Wilshire Boulevard, Suite 510
3  Los Angeles, California 90017
   Tel: (310) 590-3927
4
5  Attorneys for Plaintiff
   ENTTech Media Group LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| ENTTECH MEDIA GROUP LLC | Case No. 2:20-cv-06298-RGK (Ex) |
|---|---|
| Plaintiff, | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT JON NICOLINI** |
| v. | |
| OKULARITY, INC.; JON NICOLINI; BACKGRID USA, INC.; SPLASH NEWS AND PICTURE AGENCY, LLC; AND XPOSURE PHOTO AGENCY, INC. | |
| Defendants. | |

PROOF OF SERVICE

Civil Action No. **2:20-cv-06298 RGK (Ex)**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* **Jon Niolini c/o Okularity, Inc**
was received by me on July 21, 2020

☐ I personally served the Service Documents on the individual at ___ on ___

☐ I left the Service Documents at the individual's residence or usual place of abode with _____ , a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the Summons In A Civil Action; Complaint; Civil Cover Sheet; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program to **Madeline P. as Receptionist and person authorized to accept -** , who is designated by law to accept service of process on behalf of **Jon Niolini c/o Okularity, Inc** on **July 27, 2020 11:39 AM**

☐ I returned the Summons In A Civil Action; Complaint; Civil Cover Sheet; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program unexecuted because;

My fees are $ .00 for travel and $ 45.00 for services, for a total of $ 45.00

I declare under penalty of perjury that this information is true.

Date: 8/3/2020

*Server's signature* (signed)

**Bonita Haller, Registered Process Server**
*Printed name and title*

Contracted by Amstar Express, Inc
509 Marin Street, # 237,
Thousand Oaks, CA 91360
**(888) 778-2711**
*Server's Address*

A0440-A19369

# CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2020, copies of the foregoing document were served through the Court's CM/ECF system to:

Peter E. Perkowski
Perkowski Legal PC
445 South Figueroa Street
Suite 3100
Los Angeles, CA 90071
*Attorney for Defendants
Okularity, Inc. and Jon Nicolini*

I hereby certify that on August 10, 2020, copies of the foregoing document were served by first-class USPS mail and email to:

Joanna Ardalan
Peter Afrasiabi
One LLP
9301 Wilshire Blvd., Penthouse
Beverly Hills, CA 90210
jardalan@onellp.com
pafrasiabi@onellp.com
*Attorneys for Defendants Backgrid USA, Inc., Splash News and Picture Agency, LLC, and Xposure Photo Agency, Inc.*

Dated:  August 10, 2020              **TAULER SMITH, LLP**

By: /s/ Robert Tauler
Robert Tauler
Counsel for Plaintiff
ENTTech Media Group LLC