1  Robert Tauler (SBN 241964)
   rtauler@taulersmith.com
2  Tauler Smith, LLP
   626 Wilshire Boulevard, Suite 510
3  Los Angeles, California 90017
   Tel: (310) 590-3927
4
5  Attorneys for Plaintiff
   ENTTech Media Group LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTTECH MEDIA GROUP LLC<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>OKULARITY, INC.; JON NICOLINI; BACKGRID USA, INC.; SPLASH NEWS AND PICTURE AGENCY, LLC; AND XPOSURE PHOTO AGENCY, INC.<br><br>　　　　Defendants. | Case No. 2:20-cv-06298-RGK (Ex)<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT SPLASH NEWS AND PICTURE AGENCY, LLC** |

Civil Action No. **2:20-cv-06298 RGK (Ex)**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*  **Splash News and Picture Agency, LLC c/o Northwest Registered Agent, Inc.**

was received by me on  August 11, 2020

☐ I personally served the Service Documents on the individual at     on

☐ I left the Service Documents at the individual's residence or usual place of abode with _____ ,a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the Summons In A Civil Action; First Amended Complaint; Complaint; Civil Cover Sheet; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program to **Mchalya Sides as person authorized to accept for registered agents, Northwest Registered Agent, Inc. -** , who is designated by law to accept service of process on behalf of **Splash News and Picture Agency, LLC c/o Northwest Registered Agent, Inc.** on **August 11, 2020  1:49 PM**

☐ I returned the Summons In A Civil Action; First Amended Complaint; Complaint; Civil Cover Sheet; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program unexecuted because;

My fees are $ .00 for travel and $ 93.25 for services, for a total of $ 93.25

I declare under penalty of perjury that this information is true.

Date: **8/12/2020**

*Server's signature*

**Duane Shoemaker, Registered Process Server**
*Printed name and title*

**Contracted by Amstar Express, Inc
509 Marin Street, # 237,
Thousand Oaks, CA 91360
(888) 778-2711**
*Server's Address*

A0440-A19742

# CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2020, copies of the foregoing document were served through the Court's CM/ECF system to:

Peter E. Perkowski
Perkowski Legal PC
445 South Figueroa Street
Suite 3100
Los Angeles, CA 90071
*Attorney for Defendants*
*Okularity, Inc. and Jon Nicolini*

I hereby certify that on August 12, 2020, copies of the foregoing document were served by first-class USPS mail and email to:

Joanna Ardalan
Peter Afrasiabi
One LLP
9301 Wilshire Blvd., Penthouse
Beverly Hills, CA 90210
jardalan@onellp.com
pafrasiabi@onellp.com
*Attorneys for Defendants Backgrid USA, Inc., Splash News and Picture Agency, LLC, and Xposure Photo Agency, Inc.*

Dated: August 12, 2020          **TAULER SMITH, LLP**

By: /s/ Robert Tauler
Robert Tauler
Counsel for Plaintiff
ENTTech Media Group LLC