Robert Tauler (SBN 241964)
rtauler@taulersmith.com
Tauler Smith, LLP
626 Wilshire Boulevard, Suite 510
Los Angeles, California 90017
Tel: (310) 590-3927

Attorneys for Plaintiff
ENTTech Media Group LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTTECH MEDIA GROUP LLC<br><br>Plaintiff,<br><br>v.<br><br>OKULARITY, INC.; JON NICOLINI; BACKGRID USA, INC.; SPLASH NEWS AND PICTURE AGENCY, LLC; AND XPOSURE PHOTO AGENCY, INC.<br><br>Defendants. | Case No. 2:20-cv-06298-RGK (Ex)<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT XPOSURE PHOTO AGENCY, INC.** |

PROOF OF SERVICE

AO 440(Rev. 6/12) Summons in a Civil Action (Page 2)

Civil Action No. **2:20-cv-06298 RGK (Ex)**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* **Xposure Photo Agency, Inc.**
was received by me on August 11, 2020.

☐ I personally served the Service Documents on the individual at    on

☐ I left the Service Documents at the individual's residence or usual place of abode with _____ ,a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the Summons In A Civil Action; First Amended Complaint; Complaint; Civil Cover Sheet; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program to **David A. Duben - Registered Agent**, who is designated by law to accept service of process on behalf of **Xposure Photo Agency, Inc.** on **August 12, 2020 3:10 PM**

☐ I returned the Summons In A Civil Action; First Amended Complaint; Complaint; Civil Cover Sheet; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program unexecuted because;

My fees are $ .00 for travel and $ 93.25 for services, for a total of $ 93.25

I declare under penalty of perjury that this information is true.

Date: **8/12/2020**

*Server's signature*

**Julio Ascorra, Registered Process Server**
*Printed name and title*

**Contracted by Amstar Express, Inc**
**509 Marin Street, # 237,**
**Thousand Oaks, CA 91360**
**(888) 778-2711**
*Server's Address*

A0440-A19750

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2020, copies of the foregoing document were served through the Court's CM/ECF system to:

Peter E. Perkowski
Perkowski Legal PC
445 South Figueroa Street
Suite 3100
Los Angeles, CA 90071
*Attorney for Defendants
Okularity, Inc. and Jon Nicolini*

I hereby certify that on August 12, 2020, copies of the foregoing document were served by first-class USPS mail and email to:

Joanna Ardalan
Peter Afrasiabi
One LLP
9301 Wilshire Blvd., Penthouse
Beverly Hills, CA 90210
jardalan@onellp.com
pafrasiabi@onellp.com
*Attorneys for Defendants Backgrid USA, Inc., Splash News and Picture Agency, LLC, and Xposure Photo Agency, Inc.*

Dated:  August 12, 2020              **TAULER SMITH, LLP**

By: /s/ Robert Tauler
Robert Tauler
Counsel for Plaintiff
ENTTech Media Group LLC