Peter E. Perkowski (SBN 199491)
peter@perkowskilegal.com
Matthew P. Kelly (SBN 224297)
matt@perkowskilegal.com
PERKOWSKI LEGAL, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, California 90071
Telephone: (213) 426-2137

Attorneys for Defendants
OKULARITY, INC. and JON NICOLINI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTTECH MEDIA GROUP LLC, | Case No.: 2:20-cv-06298 RGK (Ex) |
| *Plaintiff*, | *Hon. R. Gary Klausner* |
| v. | **DEFENDANTS OKULARITY, INC. AND JON NICOLINI'S NOTICE OF MOTION AND MOTION AND MOTION TO DISMISS; DECLARATIONS OF PETER PERKOWSKI AND JOANNA ARDALAN** |
| OKULARITY, INC. et al., | |
| *Defendants*. | |
| | Date:   Sept. 28, 2020<br>Time:   9:00 a.m.<br>Place: |
| | Compl. filed:   July 15, 2020 |
| | *No Trial Date Set* |

MOTION TO DISMISS

TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that on September 28, 2020, at 9:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable R. Gary Klausner, at a place to be determined by the Court, defendants Okularity, Inc. and Jon Nicolini will and hereby do move the Court for an order dismissing the First Amended Complaint against them in its entirety on the grounds that the allegations fail to state valid claims under Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure.

    This motion is based on this notice and motion, the accompanying Memorandum of Points and Authorities and supporting declarations, and on all pleadings, papers, and proceedings in this action, any maters of which the Court may properly take judicial notice, and the arguments of counsel.

    In accordance with L.R. 7-3, this motion is made following conferences of counsel that took place telephonically on August 6, 2020, and again on August 18, 2020.

Dated:  August 24, 2020        Respectfully submitted,

                                      **PERKOWSKI LEGAL, PC**

                                      By:   /s/ Peter Perkowski
                                            Peter E. Perkowski
                                            Matthew P. Kelly

                                            Attorneys for Defendants OKULARITY, INC. and JON NICOLINI