**Exhibit 3**

# Peter Perkowski

| | |
|---|---|
| **From:** | Peter Perkowski <peter@perkowskilegal.com> |
| **Sent:** | Monday, August 17, 2020 11:53 AM |
| **To:** | 'Robert Tauler' |
| **Cc:** | 'Jo Ardalan'; 'Robert Kohn'; 'Peter Afrasiabi'; 'David Quinto'; 'Matthew Kelly' |
| **Subject:** | RE: ENTtech v. Okularity |

Without some assurance that the one-day delay won't be used against us, I'll have to insist on moving forward today. If you are unavailable, my declaration will reflect that.

Otherwise, we'll talk tomorrow at 1130am.

Thanks,

**Peter E. Perkowski** (*he/him, Mr./Mx.*)
o: **+1 (213) 426-2137** | m: **+1 (323) 707-3154**
**peter@perkowskilegal.com** | **web**

---

**From:** Robert Tauler <rtauler@taulersmith.com>
**Sent:** Monday, August 17, 2020 10:44 AM
**To:** Peter Perkowski <peter@perkowskilegal.com>
**Cc:** Jo Ardalan <jardalan@onellp.com>; Robert Kohn <rkohn@taulersmith.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; David Quinto <dquinto@onellp.com>; Matthew Kelly <matt@perkowskilegal.com>
**Subject:** Re: ENTtech v. Okularity

Peter,

We can discuss everything tomorrow.

Thank you,

Robert Tauler, Esq.
Tauler Smith LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
(213) 927-9270
www.taulersmith.com




On Mon, Aug 17, 2020 5:31 PM, Peter Perkowski peter@perkowskilegal.com wrote:

> Thank you. I believe the time to respond for Okularity and Jon Nicolini is next Monday. Happy to do a call tomorrow so long as you will waive the requirements of LR 7-3. Our points are the same as what we raised as to the Complaint, except that we are adding an argument that neither claim is pled with the required specificity under Rule 9.

1

Given Jo's response, how about 1130?

Thanks,

**Peter E. Perkowski** (*he/him, Mr./Mx.*)

o: **+1 (213) 426-2137** | m: **+1 (323) 707-3154**

**peter@perkowskilegal.com** | **web**

---

**From:** Robert Tauler <rtauler@taulersmith.com>
**Sent:** Monday, August 17, 2020 10:24 AM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** Peter Perkowski <peter@perkowskilegal.com>; Robert Kohn <rkohn@taulersmith.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; David Quinto <dquinto@onellp.com>; Matthew Kelly <matt@perkowskilegal.com>
**Subject:** Re: ENTtech v. Okularity

Counsel,

I am unavailable today, however, I am free tomorrow before 3pm, with the exception of 11am-11:30am.  Please let me know what time you would like to speak.

Robert Tauler, Esq.

Tauler Smith LLP

626 Wilshire Blvd., Suite 510

Los Angeles, CA 90017

(213) 927-9270

www.taulersmith.com

2

On Sun, Aug 16, 2020 at 9:49 PM Jo Ardalan <jardalan@onellp.com> wrote:

Robert:

The agency defendants also anticipate bringing a 12(b)(6) motion. We will join the call and meet and confer.

Thank you,

Jo

--

**Jo Ardalan**

**Partner**

**one llp**

Intellectual Property & Entertainment Law

310-437-8665

9301 Wilshire Blvd., Penthouse

Beverly Hills, CA 90210

jardalan@onellp.com

Beverly Hills | Newport Beach | San Diego

*Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

**From:** Peter Perkowski <peter@perkowskilegal.com>
**Sent:** Sunday, August 16, 2020 9:40 PM
**To:** 'Robert Tauler' <rtauler@taulersmith.com>; 'Robert Kohn' <rkohn@taulersmith.com>
**Cc:** Jo Ardalan <jardalan@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; David Quinto

<dquinto@onellp.com>; 'Matthew Kelly' <matt@perkowskilegal.com>
**Subject:** ENTtech v. Okularity

Robert:

Please let me know when you are available on **Monday** for a Rule 7-3 call regarding a motion to dismiss under Rule 9 and Rule 12(b)(6) anticipated to be filed by Okularity and Jon Nicolini.

Thank you,

Peter

**Peter E. Perkowski** (*he/him, Mr./Mx.*)

**Perkowski Legal, PC**

445 S. Figueroa St., Suite 3100 | Los Angeles, CA 90071

o: **+1 (213) 426-2137** | m: **+1 (323) 707-3154**

peter@perkowskilegal.com | web

*Admitted in CA, DC*

4