| | |
|---|---|
| 1 | Peter E. Perkowski (SBN 199491) |
| 2 | peter@perkowskilegal.com<br>PERKOWSKI LEGAL, PC |
| 3 | 445 S. Figueroa Street, Suite 3100<br>Los Angeles, CA 90071 |
| 4 | Telephone: (213) 426-2137 |
| 5 | Attorneys for Defendants Okularity, Inc.<br>and Jon Nicolini |
| 6 | Peter R. Afrasiabi (Bar No. 193336)<br>pafrasiabi@onellp.com |
| 7 | **ONE LLP**<br>4000 MacArthur Boulevard |
| 8 | Each Tower, Suite 500<br>Newport Beach, CA 92660 |
| 9 | Telephone:  (949) 502-2870<br>Facsimile:   (949) 258-5081 |
| 10 | David Quinto (Bar No. 106232)<br>Joanna Ardalan (Bar No. 285384) |
| 11 | jardalan@onellp.com<br>**ONE LLP** |
| 12 | 9301 Wilshire Boulevard<br>Penthouse Suite |
| 13 | Beverly Hills, CA 90210<br>Telephone:  (310) 866-5157 |
| 14 | Facsimile:   (310) 943-2085 |
| 15 | Attorneys for Plaintiffs<br>Backgrid USA, Inc., Splash News and |
| 16 | Picture Agency, LLC, Xposure Photo<br>Agency, Inc. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTTECH MEDIA GROUP LLC,<br><br>Plaintiffs,<br><br>v.<br><br>OKULARITY, INC.; JON NICOLINI; BACKGRID USA, INC.; SPLASH NEWS AND PICTURE AGENCY, LLC; AND XPOSURE PHOTO AGENCY, INC.,<br><br>Defendants. | Case No.: 2:20-cv-06298 RGK (Ex)<br>Hon. R. Gary Klausner<br><br>**BACKGRID USA, INC., SPLASH NEWS AND PICTURE AGENCY, LLC, AND XPOSURE PHOTO AGENCY, INC.'S NOTICE OF JOINDER AND JOINDER IN MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FILED BY CO-DEFENDANTS OKULARITY, INC. AND JON NICOLINI** |

**JOINDER IN MOTION TO DISMISS PLAINTIFF'S FAC**

1  PLEASE TAKE NOTICE that Defendants Backgrid USA, Inc., Splash News
2  and Picture Agency, LLC and Xposure Photo Agency, Inc. (collectively the "Photo
3  Agencies") hereby join in the Notice of Motion and the Motion to Dismiss
4  Plaintiff's First Amended Complaint filed by Okularity, Inc. and Jon Nicolini
5  (collectively "Okularity") in all respects. (Dkts. 26, 27.)
6  When Okularity files its reply memorandum in support of its motion to
7  dismiss, the Photo Agencies hereby join the reply brief, unless noted otherwise.

9  Dated: August 24, 2020                **ONE LLP**

    By: /s/ Joanna Ardalan
        Joanna Ardalan
        Peter R. Afrasiabi

        Attorneys for Plaintiff
        Backgrid USA, Inc.; Splash News and
        Picture Agency, LLC, Xposure Photo
        Agency, Inc.

2

**JOINDER IN MOTION TO DISMISS PLAINTIFF'S FAC**