Peter E. Perkowski (SBN 199491)
peter@perkowskilegal.com
Matthew P. Kelly (SBN 224297)
matt@perkowskilegal.com
PERKOWSKI LEGAL, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, California 90071
Telephone: (213) 426-2137

Attorneys for Defendants OKULARITY, INC. and JON NICOLINI

David Quinto (Bar No. 106232)
Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
ONE LLP
9301 Wilshire Boulevard, Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 866-5157

Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
ONE LLP
4000 MacArthur Boulevard, East Tower Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870

Attorneys for Defendants BACKGRID USA, INC., SPLASH NEWS AND PICTURE AGENCY, LLC, and XPOSURE PHOTO AGENCY, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTTECH MEDIA GROUP LLC, *Plaintiff*, v. OKULARITY, INC. et al., *Defendants*. | Case No. 2:20-cv-06298 RGK (Ex) *Hon. R. Gary Klausner* **ARDALAN DECLARATION IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR SANCTIONS** Date: October 26, 2020 Time: 9:00 a.m. Place: TBD Compl. filed: July 15, 2020 *No Trial Date Set* |

**ARDALAN DECLARATION ISO DEFENDANTS' JOINT MOTION FOR RULE 11 SANCTIONS**

1. I, Joanna Ardalan, am counsel of record in the above captioned case for Defendants Backgrid USA, Inc., Splash News and Picture Agency LLC, and Xposure Photo Agency, Inc. I have personal knowledge of the facts stated herein and if called to testify could and would testify as follows:

2. I first learned that ENTtech purportedly served Splash News and Picture Agency LLC ("Splash") on August 6, 2020. On August 6, ENTtech filed a proof of service claiming that Splash had been served. That was not my understanding, so I contacted Mr. Tauler to discuss this issue among others. During my phone call with Mr. Tauler I told him that Splash had not been served. He told me he would "investigate" and get back to me. In the meantime, I asked for an extension to respond, because the deadline for our meet and confer for our motion to dismiss would have been August 5, 2020, the day before I learned of this purported "service." Tauler refused to give Splash an extension, even though whether the entity was served was a pending issue. I asked if he would agree to shorten the meet and confer timeframe; he refused to do so. This was especially stunning because I extended him the courtesy of shortening the 7-3 timeframe from seven days to one day in the case the Photo Agencies filed against ENTtech. A true and correct copy of my e-mail correspondence confirming the same is attached as **Exhibit A**.

3. After we got off of the call, I investigated further and realized that there are two entities, Splash News and Picture Agency LLC and Splash News & Picture Agency LLC registered in California. They have different agents for service of process. A true and correct copy of the Secretary of State records is attached as **Exhibit B.**

4. A colleague from my office called Splash News & Picture Agency LLC's agent that was listed on the proof of service. The agent confirmed that the service had been rejected. The agent sent my office correspondence that was sent to Tauler and that correspondence confirmed that the service was rejected. This

correspondence was dated July 23, 2020. A true and correct copy of this correspondence is attached as **Exhibit C**.

5. I called and e-mailed Tauler. True and correct copies of my additional correspondence is attached as **Exhibit D**. I attached the correspondence from the Agency (Exhibit C) to my e-mail dated August 10, 2020. *See* Exhibit D. I asked Tauler to correct the record, but he did not respond in substance to this request. The proof of service was eventually stricken by the Court for other reasons.

6. On August 25, Tauler filed a motion to dismiss in the other litigation. *See Backgrid et al. v. ENTtech*, 2:20-cv-06803-RSWL (Dkt. 24, footnote 3.) In footnote 3, Tauler asked the court to take judicial notice of the proof of service of Splash that he knew to be incorrect and misleading.

7. Peter Perkowski and I met and conferred with Robert Tauler about this motion on September 9, 2020. Pursuant to Rule 11, this motion and the supporting papers were served by mail on August 31, 2020 and a courtesy copy was served electronically on September 3, 2020 at Mr. Tauler's request.

I declare under penalty of perjury that the facts contained herein are true and correct.

Executed this 25th day of September 2020 at Beverly Hills, California.

/s/ Joanna Ardalan

3

**ARDALAN DECLARATION ISO DEFENDANTS' JOINT MOTION FOR RULE 11 SANCTIONS**