# EXHIBIT A

| | |
|---|---|
| **From:** | Jo Ardalan |
| **To:** | Robert Tauler; Robert Kohn |
| **Cc:** | Peter Perkowski; Peter Afrasiabi (pafrasiabi@onellp.com); David Quinto |
| **Subject:** | Service on Splash - wrong entity |
| **Date:** | Thursday, August 6, 2020 5:22:00 PM |
| **Importance:** | High |

Rob,

With respect to Splash, you served the wrong entity. As stated in the SOS records, the agent for service of process is Northwest Registered Agent, Inc. Your own proof of service reflects that you served Corporation Service Company.

Please confirm you will file an errata by no later than tomorrow and properly serve Splash.

Regardless, I am stunned that considering Splash only learned of your purported service today that you would refuse to give Splash a short extension so that Defendants could file their motion to dismiss jointly.   The Agencies gave you the courtesy of shortening the 7-3 requirement from 7 days to 1 day for your motion to dismiss in the other action. Further, the Agencies made a very reasonable proposal that would result in your client getting its account back up and narrowing the issues which would save a tremendous amount of fees for both sides and judicial resources. You rejected the proposal before even discussing it with your client.  And, our cooperation didn't stop you from raising an objection to the Agencies meeting and conferring with you six days before filing our motion.   In the same breath, you acknowledged that meeting and conferring was futile because you see no merit in our positions and that you would not reconsider EntTech's claims. As such, I have a hard time understanding how you could object to the Agencies' meet and confer efforts.

We hope that you take appropriate efforts with respect to Splash's service.

Jo


--
**Jo Ardalan
Partner**


**one llp**

**Intellectual Property & Entertainment Law**
310-437-8665
9301 Wilshire Blvd., Penthouse
Beverly Hills, CA 90210
jardalan@onellp.com
Beverly Hills | Newport Beach | San Diego

*Notice*:  *If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*