# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTTECH MEDIA GROUP LLC,<br><br>        Plaintiffs,<br><br>  v.<br><br>OKULARITY, INC.; JON NICOLINI; BACKGRID USA, INC.; SPLASH NEWS AND PICTURE AGENCY, LLC; AND XPOSURE PHOTO AGENCY, INC.<br><br>        Defendants. | Case No.: 2:20-cv-06298 RGK (Ex)<br>Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SANCTIONS**<br><br>Date:    October 26, 2020<br>Time:   9;00 a.m.<br>Place:  TBD<br><br>Compl. filed:  July 15, 2020<br>*No Trial Date Set* |

**[PROPOSED] ORDER**

Having considered the Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Declaration of Jon Nicolini, Declaration of Joanna Ardalan, Declaration of Peter Perkowski, the files, records, and pleadings in this action, and the additional argument or evidence presented to the Court, and for good cause appearing therefore,

IT IS HEREBY ORDERED that

(1) Defendants' motion for sanctions under Federal Rule of Civil Procedure 11, the Local Rules of the Central District of California, and under the Court's inherent authority is granted;

(2) ENTtech's complaint is stricken with prejudice; and

(3) Defendants have 10 days to submit the fees spent in this action to date which will be awarded to Defendants as sanctions against Robert Tauler and Tauler and Smith LLP.

Dated: _____    _____

Hon R. Gary Klausner
United States District Judge

**[PROPOSED] ORDER**