Robert E. Kohn (SBN 200373)
rkohn@taulersmith.com
*Of Counsel*
Tauler Smith LLP
626 Wilshire Boulevard, Suite 510
Los Angeles, California 90017
Tel: (310) 590-3927

Attorneys for Plaintiff
ENTTech Media Group LLC, and
for Counsel Robert Tauler, Esq. and
Tauler Smith LLP

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTTECH MEDIA GROUP LLC<br><br>Plaintiff,<br><br>v.<br><br>OKULARITY, INC., *et al.*<br><br>Defendants. | Case No. 2:20-cv-06298-RGK (Ex)<br><br>Assigned to Hon. R. Gary Klausner<br>Courtroom 850<br><br>**DECLARATION OF ROBERT TAULER IN OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS [39]**<br><br>Hearing Date:    October 26, 2020<br>Time:              9:00 a.m.<br>Place:             ***None noticed***<br><br>Hon. R. GARY KLAUSNER<br><br>[Filed concurrently with Memorandum in Opposition to the Motion for Sanctions] |

---

DEC. OF TAULER ISO OPP. TO DEFENDANTS' MOTION FOR SANCTIONS

## DECLARATION OF ROBERT TAULER

I, Robert Tauler, Esq., declare:

1.     I am counsel for Plaintiff ENTTech Media Group LLC ("ENTTech"), which is the named Plaintiff in this action. The facts set forth in this Declaration are true of my own knowledge, and if called upon to testify, I could and would testify as thereto.

2.     I spoke to Jon Nicolini before filing this lawsuit on July 9 and July 14, 2020.

3.     During our July 14 call, Peter Perkowski, general counsel for Okularity, Inc., was also present.  Mr. Perkowski informed me that Mr. Nicolini was acting on behalf of Okularity as a "copyright agent."  I asked Mr. Perkowski whether Okularity's DMCA Notices are automatically generated by software.  Mr. Perkowski then said "I will let Jon [Nicolini] answer that" or words to that effect.  Contrary to Paragraph 7 of Mr. Nicolini's declaration (Docket No. 39-7 in this action), Mr. Nicolini confirmed that Okularity uses automated software to generate DMCA Notices.

4.     In our meet and confer call prior to the filing of the instant motion, Perkowski (now in his capacity as counsel for both Okularity and Mr. Nicolini), repeatedly asked me for details of my pre-lawsuit investigation, including the results of the investigation that support ENTTech's allegations.  Joanna Ardalan did so too, as counsel for the other Defendants named in this action.  I repeatedly informed them of my view that they were not entitled to this type of information, and that discovery was the proper stage of the case to inquire about evidence supporting ENTTech's claims instead of a Rule 11 motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  This declaration is executed on this 5th day of October, 2020, at Los Angeles, California

/s/ *Robert Tauler*
Robert Tauler, Esq.

## **CERTIFICATE OF SERVICE**

   I hereby certify that on October 5, 2020, copies of the foregoing document were served by the Court's CM/ECF system to all counsel of record in this action.

DATED: October 5, 2020                TAULER SMITH LLP


                                      By:   /s/ *Robert E. Kohn*
                                            Robert E. Kohn
                                            Of Counsel

                                      Attorneys for Plaintiff
                                      ENTTech Media Group LLC, and
                                      for Counsel Robert Tauler, Esq. and
                                      Tauler Smith LLP