

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar ) ) ) of ) ) Judge JOHN W. HOLCOMB ) ) | ORDER OF THE CHIEF JUDGE<br><br>**20-156** |

  Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge John W. Holcomb,

  IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge R. Gary Klausner to the calendar of John W. Holcomb:

| | |
|---|---|
| 2:19-cv-07038-RGK-AGRx | Brenda Core v. Khuy Dek et al. |
| 2:19-cv-09465-RGK-ASx | Robert Acio v. Aetna Life Insurance Company |
| 2:19-cv-10886-RGK-RAOx | Josamin Garcia-Bossi v. Daniel Lewys Hovenden, et al. |
| 2:20-cv-01968-RGK-KESx | Bijon Hill v. Kohl's Department Stores, Inc. et al. |
| 2:20-cv-06298-RGK-Ex | Enttech Media Group LLC v. Okularity, Inc. et al. |

DATED: October 6, 2020

                 Chief Judge Philip S. Gutierrez