Robert Tauler (SBN 241964)
rtauler@taulersmith.com
Tauler Smith, LLP
626 Wilshire Boulevard, Suite 510
Los Angeles, California 90017
Tel: (310) 590-3927

Attorneys for Plaintiff
ENTTech Media Group LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTTECH MEDIA GROUP LLC<br><br>Plaintiff,<br><br>v.<br><br>OKULARITY, INC., *et al.*<br><br>Defendants. | Case No. 2:20-cv-06298-JWH (Ex)<br><br>Assigned to Hon. John W. Holcomb<br>Courtroom 2<br><br>**PLAINTIFF'S OBJECTION AND SUGGESTION TO STRIKE THE "COUNTERCLAIMS TO COMPLAINT" [48]** |

## OBJECTION AND SUGGESTION TO STRIKE

Rule 7(a) of the Federal Rules of Civil Procedure specifies the allowable pleadings in a civil action, and that "[o]nly *these* pleadings are allowed …." (Emphasis added). A "counterclaim to a complaint" is not on the list. *See, e.g., Hazal Tekstil Tabidot Gida Sanyai Ve Tic. LTD v. Play Global LLC*, 2015 U.S. Dist. LEXIS 190420, *11 (C.D. Cal. Mar. 26, 2015). Accordingly, a counterclaim (denominated as such) may only be asserted as part of an answer: "Rule 7(a) does not include a counterclaim in the list of allowed pleadings. While a counterclaim is not an allowed pleading, an answer may include a counterclaim pursuant to Fed. R. Civ. P. 13." *Ibid.*

The Defendants in this action still have never filed any answer – not an answer to the current Second Amended Complaint (Docket No. 42), nor any answer whatsoever. As a result, their self-styled "Counterclaims to Complaint by Backgrid USA, Inc., Splash News and Picture Agency, LLC, and Xposure Photo Agency, Inc." (Docket No. 48) is simply not a pleading that Rule 7(a) allows. In fact, for this very reason, no motion by Plaintiff ENTTech Media Group, Inc. to strike the purported "Counterclaims" under Rule 12(f) could even be filed. This is because Rule 12(f) only allows a motion to strike "a pleading." *See Sidney-Vinstein v. A.H. Robins Co.*, 697 F.2d 880, 885 & n.7 (9th Cir. 1983).

Therefore, Plaintiff respectfully OBJECTS to the defective "Counterclaims" filing in Docket No. 48, and Plaintiff respectfully SUGGESTS that the Court strike the improper filing, *sua sponte*.

                                      Respectfully submitted,

DATED: October 21, 2020       TAULER SMITH LLP

                                  By:  */s/ Robert Tauler*
                                         Robert Tauler
                                         Attorneys for Plaintiff
                                         ENTTech Media Group LLC

# CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2020, copies of the foregoing document were served by the Court's CM/ECF system to all counsel of record in this action.

Dated:  October 21, 2020          **TAULER SMITH, LLP**


By: /s/ *Robert Tauler*
    Robert Tauler

Counsel for Plaintiff
ENTTECH MEDIA GROUP LLC