# EXHIBIT A-1

Search Request: Left Anchored Copyright Number = VA0002152029
Search Results: Displaying 1 of 1 entries

*Kanye West sports a new multi Hair Color Choice - set number BGUS_1494099 -...*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002152029 / 2019-05-17 |
| **Application Title:** | Kanye West sports a new multi Hair Color Choice - set number BGUS_1494099 - 24 images |
| **Title:** | Kanye West sports a new multi Hair Color Choice - set number BGUS_1494099 - 24 images. [Group registration of published photographs. 24 photographs. 2019-02-21 to 2019-02-21] |
| **Description:** | 24 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2019 |
| **Publication Date Range:** | 2019-02-21 to 2019-02-21 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Hakop Arshakyan; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in February 2019 (24 photographs): 19106554, 19106555, 19106556, 19106557, 19106558, 19106559, 19106560, 19106561, 19106562, 19106563, 19106564, 19106565, 19106566, 19106567, 19106568, 19106569, 19106570, 19106571, 19106572, 19106573, 19106574, 19106575, 19106576, 19106577 |
| **Names:** | Arshakyan, Hakop |
| | BackGrid USA, Inc. |

Search Results: Displaying 1 of 1 entries



### Labeled View

**\*EXCLUSIVE\* Elsa Hosk and Martha Hunt show off their beach bods in Mexico -...**

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002140045 / 2019-02-15 |
| **Application Title:** | *EXCLUSIVE* Elsa Hosk and Martha Hunt show off their beach bods in Mexico - set number BGUS_1409640 - 31 images |
| **Title:** | *EXCLUSIVE* Elsa Hosk and Martha Hunt show off their beach bods in Mexico - set number BGUS_1409640 - 31 images. [Group registration of published photographs. 31 photographs. 2018-11-19 to 2018-11-19] |
| **Description:** | 31 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-11-19 to 2018-11-19 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Arturo Millan; Domicile: Mexico. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in November 2018 (31 photographs): 17565592, 17565593, 17565594, 17565595, 17565596, 17565597, 17565598, 17565599, 17565600, 17565601, 17565602, 17565603, 17565604, 17565605, 17565606, 17565607, 17565608, 17565609, 17565610, 17565611, 17565612, 17565613, 17565614, 17565615, 17565616, 17565617, 17565618, 17565619, 17565620, 17565621, 17565622 |
| **Names:** | Millan, Arturo |
| | BackGrid USA, Inc. |



Search Request: Left Anchored Copyright Number = VA0002208257
Search Results: Displaying 1 of 1 entries

*Ben Affleck caught smoking while wearing his mask - set number BGUS_1921293...*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002208257 / 2020-06-04 |
| **Application Title:** | Ben Affleck caught smoking while wearing his mask - set number BGUS_1921293 - 14 images |
| **Title:** | Ben Affleck caught smoking while wearing his mask - set number BGUS_1921293 - 14 images. [Group registration of published photographs. 14 photographs. 2020-04-23 to 2020-04-23] |
| **Description:** | 14 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2020 |
| **Publication Date Range:** | 2020-04-23 to 2020-04-23 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Boaz Danziger; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in April 2020 (14 photographs): 27632865, 27632864, 27632863, 27632862, 27632861, 27632860, 27632859, 27632858, 27632857, 27632856, 27632855, 27632854, 27632853, 27632852 |
| **Names:** | Danziger, Boaz |
| | BackGrid USA, Inc. |



**Labeled View**

*EXCLUSIVE* Harry Styles looks unrecognizable while out taking a hike in LA...

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002208260 / 2020-06-04 |
| **Application Title:** | *EXCLUSIVE* Harry Styles looks unrecognizable while out taking a hike in LA - set number BGUS_1909337 - 14 images |
| **Title:** | *EXCLUSIVE* Harry Styles looks unrecognizable while out taking a hike in LA - set number BGUS_1909337 - 14 images. [Group registration of published photographs. 14 photographs. 2020-04-01 to 2020-04-01] |
| **Description:** | 14 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2020 |
| **Publication Date Range:** | 2020-04-01 to 2020-04-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Walter Blanco; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in April 2020 (14 photographs): 27448692, 27448691, 27448690, 27448689, 27448688, 27448687, 27448686, 27448685, 27448684, 27448683, 27448682, 27448681, 27448680, 27448679 |
| **Names:** | Blanco, Walter |
| | BackGrid USA, Inc. |



Save, Print and Email (Help Page)

cocatalog.loc.gov/cgi-bin/Pwebrec...

[previous] [next]

Labeled View

*[Rihanna has her Heart on her Sleeve! - set number AG_129017 - 24 images]*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0002050264 / 2016-12-01
**Application Title:** Rihanna has her Heart on her Sleeve! - set number AG_129017 - 24 images.
**Title:** [Rihanna has her Heart on her Sleeve! - set number AG_129017 - 24 images]
**Description:** Electronic file (eService)
**Copyright Claimant:** AKM-GSI Media, Inc., Transfer: By written agreement. Address: 409 N Pacific Coast Highway, #431, Redondo Beach, CA, 90277, United States.
**Date of Creation:** 2016
**Date of Publication:** 2016-09-05
**Nation of First Publication:** United States
**Alternative Title on Application:** Group registration of published photographs - 24 photos pub. Sept. 5, 2016
**Authorship on Application:** Marvin Patterson; Domicile: United States; Citizenship: United States. Authorship: photograph.
**Rights and Permissions:** AKM-GSI Media, Inc., 409 N Pacific Coast Highway, #431, Redondo Beach, CA, 90277, United States, (310) 798-9111, admin@akmgsi.com
**Copyright Note:** C.O. correspondence.
**Names:** Patterson, Marvin
AKM-GSI Media, Inc.

[previous] [next]

**Save, Print and Email (Help Page)**
Select Download Format [Full Record ▼] [Format for Print/Save]
Enter your email address: [_____] [Email]

Labeled View

### *EXCLUSIVE* Harry Styles frolics on the shoreline with females shooting a...

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002205446 / 2020-04-27 |
| **Application Title:** | *EXCLUSIVE* Harry Styles frolics on the shoreline with females shooting a music video in Malibu **WEB MUST CALL FOR PRICING** - set number BGUS_1853036 - 143 images |
| **Title:** | *EXCLUSIVE* Harry Styles frolics on the shoreline with females shooting a music video in Malibu **WEB MUST CALL FOR PRICING** - set number BGUS_1853036 - 143 images. [Group registration of published photographs. 143 photographs. 2020-01-29 to 2020-01-29] |
| **Description:** | 143 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2020 |
| **Publication Date Range:** | 2020-01-29 to 2020-01-29 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Rodrigo Fracascio; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.<br><br>Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2020 (143 photographs): 26284815, 26284814, 26284813, 26284812, 26284811, 26284810, 26284809, 26284808, 26284807, 26284806, 26284805, 26284804, 26284803, 26284802, 26284801, 26284800, 26284799, 26284798, 26284797, 26284796, 26284795, 26284794, 26284793, 26284792, 26284791, 26284790, 26284789, 26284788, 26284787, 26284786, 26284785, 26284784, 26284783, 26284782, 26284781, 26284780, 26284779, 26284778, 26284777, 26284776, 26284775, 26284774, 26284773, 26284772, 26284771, 26284770, 26284769, 26284768, 26284767, 26284766, 26284765, 26284764, 26284763, 26284762, 26284761, 26284760, 26284759, 26284758, 26284757, 26284756, 26284755, 26284754, 26284753, 26284752, 26284751, 26284750, 26284749, 26284748, 26284747, 26284746, 26284745, 26284744, 26284743, 26284742, 26284741, 26284740, 26284739, 26284738, 26284737, 26284736, 26284735, 26284734, 26284733, 26284732, 26284731, 26284730, 26284729, 26284728, 26284727, 26284726, 26284725, 26284724, 26284723, 26284722, 26284721, 26284720, 26284719, 26284718, 26284717, 26284716, 26284715, 26284714, 26284713, 26284712, 26284711, 26284710, 26284709, 26284708, 26284707, 26284706, 26284705, 26284704, 26284703, 26284702, 26284701, 26284700, 26284699, 26284698, 26284697, 26284696, 26284695, 26284694, 26284693, 26284692, 26284691, 26284690, 26284689, 26284606, 26284605, 26284604, 26284603, 26284602, 26284601, 26284600, 26284599, 26284598, 26284597, 26284596, 26284595, 26284594, 26284593, 26284592, 26284591 |

Search Results: Displaying 1 of 1 entries



*Pete Davidson and Kate Beckinsale show confirmation of dating rumors while...*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002148470 / 2019-04-25 |
| **Application Title:** | Pete Davidson and Kate Beckinsale show confirmation of dating rumors while out in Los Angeles - set number BGUS_1475018 - 4 images |
| **Title:** | Pete Davidson and Kate Beckinsale show confirmation of dating rumors while out in Los Angeles - set number BGUS_1475018 - 4 images. [Group registration of published photographs. 4 photographs. 2019-02-02 to 2019-02-02] |
| **Description:** | 4 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2019 |
| **Publication Date Range:** | 2019-02-02 to 2019-02-02 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Roger Figueroa; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in February 2019 (4 photographs): 18726976, 18726977, 18726978, 18726979 |
| **Names:** | Figueroa, Roger |
|  | BackGrid USA, Inc. |

Save, Print and Email (Help Page)

[previous] [next]

**Labeled View**

### *EXCLUSIVE* Leonardo DiCaprio, girlfriend Camila Morrone and Lukas Haas...

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002200485 / 2020-03-18 |
| **Application Title:** | *EXCLUSIVE* Leonardo DiCaprio, girlfriend Camila Morrone and Lukas Haas grab a bite in Aspen **WEB EMBARGO UNTIL 2PM PST ON 12/20/19** - set number BGUS_1820039 - 66 images |
| **Title:** | *EXCLUSIVE* Leonardo DiCaprio, girlfriend Camila Morrone and Lukas Haas grab a bite in Aspen **WEB EMBARGO UNTIL 2PM PST ON 12/20/19** - set number BGUS_1820039 - 66 images. [Group registration of published photographs. 66 photographs. 2019-12-20 to 2019-12-20] |
| **Description:** | 66 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2019 |
| **Publication Date Range:** | 2019-12-20 to 2019-12-20 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Julio Toledo; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in December 2019 (66 photographs): 25561444, 25561443, 25561442, 25561441, 25561440, 25561439, 25561438, 25561437, 25561436, 25561435, 25561434, 25561433, 25561432, 25561431, 25561430, 25561429, 25561428, 25561427, 25561426, 25561425, 25561424, 25561423, 25561422, 25561421, 25561420, 25561419, 25561418, 25561417, 25561416, 25561415, 25561414, 25561413, 25561412, 25561411, 25561410, 25561409, 25561408, 25561407, 25561406, 25561405, 25561404, 25561403, 25561402, 25561401, 25561400, 25561399, 25561398, 25561397, 25561396, 25561395, 25561394, 25561393, 25561392, 25561391, 25561390, 25561389, 25561388, 25561387, 25561386, 25561345, 25561344, 25561343, 25561342, 25561341, 25561340, 25561339 |
| **Names:** | Toledo, Julio<br>BackGrid USA, Inc. |

Search Results: Displaying 1 of 1 entries

◀ previous | next ▶

Labeled View

## *EXCLUSIVE* Leo DiCaprio's beach volleyball game turns to dodgeball as...

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002196541 / 2020-01-28 |
| **Application Title:** | *EXCLUSIVE* Leo DiCaprio's beach volleyball game turns to dodgeball as actor gets nailed in the face - ** WEB MUST CALL FOR PRICING ** - set number BGUS_1635588 - 98 images |
| **Title:** | *EXCLUSIVE* Leo DiCaprio's beach volleyball game turns to dodgeball as actor gets nailed in the face - ** WEB MUST CALL FOR PRICING ** - set number BGUS_1635588 - 98 images. [Group registration of published photographs. 98 photographs. 2019-06-25 to 2019-06-25] |
| **Description:** | 98 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2019 |
| **Publication Date Range:** | 2019-06-25 to 2019-06-25 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Leonardo Dobner; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in June 2019 (98 photographs): 21851928, 21851927, 21851926, 21851925, 21851924, 21851923, 21851922, 21851921, 21851920, 21851919, 21851918, 21851917, 21851916, 21851915, 21851914, 21851913, 21851912, 21851911, 21851910, 21851713, 21851712, 21851711, 21851710, 21851709, 21851708, 21851707, 21851706, 21851705, 21851704, 21851703, 21851702, 21851701, 21851700, 21851699, 21851698, 21851697, 21851696, 21851695, 21851694, 21851693, 21851692, 21851691, 21851690, 21851689, 21851688, 21851687, 21851686, 21851685, 21851684, 21851683, 21851682, 21851681, 21851680, 21851679, 21851678, 21851677, 21851676, 21851675, 21851674, 21851673, 21851672, 21851671, 21851670, 21851669, 21851668, 21851667, 21851666, 21851665, 21851664, 21851663, 21851662, 21851661, 21851660, 21851659, 21851658, 21851657, 21851656, 21851655, 21851654, 21851653, 21851652, 21851651, 21851650, 21851649, 21851648, 21851647, 21851646, 21851645, 21851644, 21851643, 21851642, 21851641, 21851640, 21851639, 21851638, 21851637, 21851636, 21851635 |

Search Request: Left Anchored Copyright Number = VA0002086697
Search Results: Displaying 1 of 1 entries



**Labeled View**

*Published Group of Photos, Selena Gomez and Justin Bieber spotted bike...*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0002086697 / 2018-01-12
**Application Title:** Published Group of Photos, Selena Gomez and Justin Bieber spotted bike riding together! - set number BGUS_1046036 - 59 images, published 2017-11-01.
**Title:** Published Group of Photos, Selena Gomez and Justin Bieber spotted bike riding together! - set number BGUS_1046036 - 59 images, published 2017-11-01.
**Description:** Electronic file (eService)
**Copyright Claimant:** BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N Pacific Coast Hwy., Suite 200, Redondo Beach, CA, 90277, United States.
**Date of Creation:** 2017
**Date of Publication:** 2017-11-01
**Nation of First Publication:** United States
**Authorship on Application:** Gerardo Vasquez; Domicile: United States. Authorship: photograph.
**Rights and Permissions:** Maria Buda, BackGrid USA, Inc., 700 N Pacific Coast Hwy., Suite 200, Redondo Beach, CA, 90277, United States, (917) 242-1505, (310) 798-9111, mbuda@akmgsi.com
**Contents:** Selena Gomez and Justin Bieber spotted bike riding together! - set number BGUS_1046036 - 59 images.
**Names:** Vasquez, Gerardo
BackGrid USA, Inc.



**Save, Print and Email (Help Page)**
Select Download Format  Full Record   Format for Print/Save
Enter your email address:  _____   Email



 Type here to search          3:49 PM 7/29/2020 

Search Results: Displaying 1 of 1 entries

previous | next

Labeled View

*Kendall Jenner and Bella Hadid party on Tommy Hilfiger's yacht! - set...*

**Type of Work:** Visual Material

**Registration Number / Date:** VA0002164938 / 2019-08-13

**Application Title:** Kendall Jenner and Bella Hadid party on Tommy Hilfiger's yacht! - set number BGUS_1602699 - 64 images

**Title:** Kendall Jenner and Bella Hadid party on Tommy Hilfiger's yacht! - set number BGUS_1602699 - 64 images. [Group registration of published photographs. 64 photographs. 2019-05-25 to 2019-05-25]

**Description:** 64 photographs : Electronic file (eService)

**Copyright Claimant:** BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States.

**Date of Creation:** 2019

**Publication Date Range:** 2019-05-25 to 2019-05-25

**Nation of First Publication:** United States

**Authorship on Application:** Karel Brissaud; Domicile: France. Authorship: photographs.

**Copyright Note:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Photographs:** Published in May 2019 (64 photographs): 21185580, 21185581, 21185582, 21185583, 21185584, 21185585, 21185586, 21185587, 21185588, 21185589, 21185590, 21185591, 21185592, 21185593, 21185594, 21185595, 21185596, 21185597, 21185598, 21185599, 21185600, 21185601, 21185602, 21185603, 21185604, 21185605, 21185606, 21185607, 21185608, 21185609, 21185767, 21185768, 21185769, 21185770, 21185771, 21185772, 21185773, 21185774, 21185775, 21185776, 21185777, 21185778, 21185779, 21185780, 21185781, 21185782, 21185783, 21185784, 21185785, 21185786, 21185787, 21185788, 21185789, 21185790, 21185791, 21185792, 21185793, 21185794, 21185795, 21185796, 21185797, 21185798, 21185799, 21185800

**Names:** Brissaud, Karel
BackGrid USA, Inc.