# EXHIBIT B-1

# Instagram

    



Now you can keep up with messages on web.



**papermagazine** ✔ · Follow   •••

**papermagazine** ✔ HBD @justinbieber! Sorry for that one time we thought you were eating a burrito sideways!

67w

**angeljackson___** i guess he was serious when he said he wouldn't be 16 forever:(

67w   2 likes   Reply

**massevillalba** Happy birthday 🐵

67w   2 likes   Reply

**4,126 likes**

MARCH 1, 2019

Add a comment...        Post

---

More posts from **papermagazine**





me when yall try to dillute specifically Black experiences by saying "poc"



 **Paper Magazine** ✔
@papermagazine

happy birthday @justinbieber! sorry we really thought that was you eating a burrito like a monster that one time.

12:05 PM · Mar 1, 2019 · Twitter Web Client

5 Retweets   35 Likes





*Instagram*

    



papermagazine ✓ • Follow

Now you can keep up with messages on web.

papermagazine ✓ Meanwhile: #kanyewest

68w

allwhite_britts @aaaaaalanaa
68w  Reply

alxslzy that neck
68w  Reply

kenncalo Kids See Ghosts album cover
68w  Reply

9,070 likes

FEBRUARY 21, 2019

Add a comment...                Post

More posts from papermagazine

 

Instagram



papermagazine ✓ · Follow

papermagazine ✓ Meanwhile: #kanyewest

68w

allwhite_britts @aaaaaalanaa
68w   Reply

alxslzy that neck
68w   Reply

kenncalo Kids See Ghosts album cover
68w   Reply

9,070 likes

FEBRUARY 21, 2019

Add a comment...                    Post

More posts from **papermagazine**





# Instagram



**papermagazine** ✓ • Follow

**papermagazine** ✓ Happy birthday #kendalljenner! Hope your day looks like this!

32w

saraheliz5 @jshelton2583 @gypsyladyy_ mexico mood

32w    Reply

View replies (2)

ginaautumn Imagine being this privileged and out of touch with the world

**38,136 likes**

NOVEMBER 3, 2019

Add a comment...    Post

More posts from **papermagazine**





# Instagram



papermagazine ✔ · Follow · · ·

papermagazine ✔ #leonardodicaprio getting hit in the face with a volleyball. I'm sorry but... I have to laugh.

49w

rockongolddustwoman @ash20739

48w   1 like   Reply

marysumac_ 😂

48w   Reply

riiightmeow @ninjadiana

15,957 likes

JUNE 26, 2019

Add a comment...                                    Post

More posts from **papermagazine**











ABOUT   HELP   PRESS   API   JOBS   PRIVACY   TERMS   LOCATIONS   TOP ACCOUNTS   HASHTAGS   LANGUAGE

© 2020 INSTAGRAM FROM FACEBOOK

# Instagram



**papermagazine** ✔ · Follow  ···

**papermagazine** ✔ #leonardodicaprio
getting hit in the face with a volleyball.
I'm sorry but... I have to laugh.
49w

**rockongolddustwoman**
**@ash20739**
48w  1 like  Reply

**marysumac_** 😆
48w  Reply

**riiightmeow** @ninjadiana

15,957 likes
JUNE 26, 2019

Add a comment...  Post

---

More posts from **papermagazine**







*Instagram*

   



**papermagazine** ✓ • Follow

**papermagazine** ✓ God I wish that were me.

23w

**lewildcat** @lenzzz__ leo is a moooood!

22w  Reply

**10canrulz** @pamsotter 😣

22w  1 like  Reply

View replies (1)

gwyneth.plaine Mr. Di Caprio

65,457 likes

JANUARY 3

Add a comment...    Post

More posts from **papermagazine**

  

# Instagram





**papermagazine** ✓ · Follow

**papermagazine** ✓ Oh to be a watermelon launched into the sea by Harry Styles. (Photos: @tmz_tv)

18w

**erikadesroches** @rachaelcomeau

17w  Reply

View replies (1)

**shinaehaidley** @ainsbilato

17w  Reply

**sophiecrob** @ sallytomatoart

38,179 likes

JANUARY 29

Add a comment...                    Post

## More posts from papermagazine











Dallas Police Dept @DallasPD · 1d
If you have video of illegal activity from the protests and are trying to share it with @DallasPD, you can download it to our iWatch Dallas app. You can remain anonymous. @ChiefHallDPD @CityOfDallas

# Instagram

   



**papermagazine** ✓ • Follow

**papermagazine** ✓ Oh to be a watermelon launched into the sea by Harry Styles. (Photos: @tmz_tv)

18w

**erikadesroches** @rachaelcomeau
17w  Reply

View replies (1)

**shinaehaidley** @ainsbilato
17w  Reply

**sophiecrob** @ sallytomatoart

38,179 likes

JANUARY 29

Add a comment...  Post

## More posts from papermagazine









Dallas Police Dept @DallasPD · 1d
If you have video of illegal activity from the protests and are trying to share it with @DallasPD, you can download it to our iWatch Dallas app. You can remain anonymous. @ChiefHallDPD @CityOfDallas



© 2020 INSTAGRAM FROM FACEBOOK

# Instagram



papermagazine ✓ • Follow  •••

papermagazine ✓ Oh to be a watermelon launched into the sea by Harry Styles. (Photos: @tmz_tv)
18w

erikadesroches @rachaelcomeau
17w   Reply

View replies (1)

shinaehaidley @ainsbilato
17w   Reply

sonnicrob @ sallytomatoart

♡  💬  ✈                          🔖

38,179 likes
JANUARY 29

Add a comment...                    Post

More posts from **papermagazine**







# Instagram

   



**papermagazine** ✓ • Follow

**papermagazine** ✓ Oh to be a watermelon launched into the sea by Harry Styles. (Photos: @tmz_tv)

18w

**erikadesroches** @rachaelcomeau
17w  Reply

View replies (1)

**shinaehaidley** @ainsbilato
17w  Reply

**sophicrob** @_sallytomatoart

38,179 likes

JANUARY 29

Add a comment...                        Post

---

More posts from **papermagazine**

  

    

ABOUT   HELP   PRESS   API   JOBS   PRIVACY   TERMS   LOCATIONS   TOP ACCOUNTS   HASHTAGS   LANGUAGE

© 2020 INSTAGRAM FROM FACEBOOK

Instagram

    

Search



**papermagazine** ✔ • Follow

**papermagazine** ✔ I want to thank #HarryStyles and his quarantine beard for giving me some joy today.

8w

insertdebitcard Beard?

8w   Reply

View replies (1)

johannesguzy @sophieimlach a lewk

8w   1 like   Reply

33,649 likes

APRIL 5

Add a comment...    Post

More posts from **papermagazine**



BLACK LIVES MATTER



YOU ARE CLOGGING THE TL WITH YOUR SILENCE

**Dallas Police Dept** ✔ @DallasPD · 1d
If you have video of illegal activity from the protests and are trying to share it with @DallasPD, you can download it to our iWatch Dallas app. You can remain anonymous. @ChiefHallDPD @CityOfDallas



ABOUT   HELP   PRESS   API   JOBS   PRIVACY   TERMS   LOCATIONS   TOP ACCOUNTS   HASHTAGS   LANGUAGE

© 2020 INSTAGRAM FROM FACEBOOK

# Instagram

   



**papermagazine** ✔ · Follow

**papermagazine** ✔ I want to thank #HarryStyles and his quarantine beard for giving me some joy today.

8w

**insertdebitcard** Beard?

8w   Reply

View replies (1)

**johannesguzy** @sophieimlach a lewk

8w   1 like   Reply

33,649 likes

APRIL 5

Add a comment...                    Post

More posts from **papermagazine**









**Dallas Police Dept** ✔ @DallasPD · 1d
If you have video of illegal activity from the protests and are trying to share it with @DallasPD, you can download it to our iWatch Dallas app. You can remain anonymous. @ChiefHallDPD @CityOfDallas



# Instagram





**papermagazine** ✓ • Follow
•••

**papermagazine** ✓ Don't smoke, especially in the time of corona but... **#swipe** for some truth! (meme: @koshercutie)

5w

**milaaf_73** My dad does it 😂😂.

4w   1 like   Reply

**lovebabeee67** 😩😩😩😩😩😩😩😩😩

4w   Reply

itsvalotorres @irvinarana

27,777 likes
APRIL 24

Add a comment...                    Post

---

More posts from **papermagazine**

   **BLACK LIVES MATTER**   

      

ABOUT   HELP   PRESS   API   JOBS   PRIVACY   TERMS   LOCATIONS   TOP ACCOUNTS   HASHTAGS   LANGUAGE          © 2020 INSTAGRAM FROM FACEBOOK



← **Tweet**

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**



**Paper Magazine** ✓
@papermagazine

Why does Rihanna keep photoshopping Queen Elizabeth's head onto her body? An investigation: bit.ly/2q7CqCZ



11:48 AM · Apr 24, 2017 · Twitter Web Client

**18** Retweets and comments   **36** Likes

   


**Okularity**
@okularity

Search Twitter

**Relevant people**


**Paper Magazine** ✓   **Follow**
@papermagazine
Where things start.
edit@paperentertainment.com

**What's happening**

Social action · 2 hours ago
**An open letter calling for an end to 'cancel culture' signed by JK Rowling, Margaret Atwood and many more has stirred a debate**
Trending with: Cancel Culture



#TheBoysTV
Daddy's home, The Boys Season 2 drops 9/4
↗ Promoted by Prime Video

Politics · Trending
**VP Pence**

World news · 1 hour ago
**Harvard and MIT file a federal lawsuit challenging the Trump administration's international student policy**
Trending with: Harvard and MIT



News · Trending
**Christian Cooper**


rachelle toarmino @rchlltrmn · Apr 24, 2017



© BlayzenPhotos/AKM-GSI

Twitter

**Paper Magazine** ✓
@papermagazine

Happy #ValentinesDay, let us never forget one of thee most iconic outfits of all time. @rihanna

8:57 AM · Feb 14, 2020 · TweetDeck

288 Retweets   951 Likes

This Tweet is unavailable. Learn more

🎵⬜⬜⬜⬜⬜ 2 6 ... · Feb 14
soundcloud.com/idogic/play-wi...

**Nuru** @Nurunutta · Feb 14
Replying to @papermagazine and @rihanna
OMG😍😍😌

**bridget yorke** @bid... · Feb 14
Replying to @papermagazine and @rihanna
ouch those tree trunks

**Marly#N'oubliezpa...** · Feb 14
Replying to @papermagazine and @rihanna
😍😍😍

**CLAUDIO MALLEA** @. · Feb 15
Replying to @papermagazine and

9        273        951

