Peter E. Perkowski (SBN 199491)
peter@perkowskilegal.com
PERKOWSKI LEGAL, PC
445 S. Figueroa Street
Suite 3100
Los Angeles, California 90071
Telephone: (213) 426-2137

Attorneys for Defendants
OKULARITY, INC. and JON NICOLINI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTTECH MEDIA GROUP LLC, | Case No.: 2:20-cv-6298 JWH (Ex) |
| *Plaintiff*, | *Hon. John W. Holcomb* |
| v. | **NOTICE OF LODGING** |
| OKULARITY, INC. et al., | |
| *Defendants*. | |

TO THE COURT, PARTIES, AND COUNSEL:

PLEASE TAKE NOTICE that Defendants hereby lodge the attached proposed order pertaining to the Motion to Dismiss Second Amended Complaint (ECF 55).

Dated: October 30, 2020     **PERKOWSKI LEGAL, PC**

By:  /s/ Peter Perkowski
Peter E. Perkowski

Attorneys for Defendants OKULARITY, INC. and JON NICOLINI