Peter E. Perkowski (SBN 199491)
peter@perkowskilegal.com
PERKOWSKI LEGAL, PC
445 S. Figueroa Street
Suite 3100
Los Angeles, California 90071
Telephone: (213) 426-2137

Attorneys for Defendants
OKULARITY, INC. and JON NICOLINI

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTTECH MEDIA GROUP LLC, | Case No.: 2:20-cv-6298 JWH (Ex) |
| *Plaintiff*, | *Hon. John W. Holcomb* |
| v. | **NOTICE OF WITHDRAWAL OF MOTION TO DISMISS SECOND AMENDED COMPLAINT (ECF 55)** |
| OKULARITY, INC. et al., | |
| *Defendants*. | |

TO THE COURT, PARTIES, AND COUNSEL:

PLEASE TAKE NOTICE that, in light of the filing of the Third Amended Complaint, Defendants hereby withdraw the Motion to Dismiss Second Amended Complaint (ECF 55). The withdrawal is without prejudice to Defendants' right to raises defenses to the Third Amended Complaint, including by motion under Rule 12 of the Federal Rules of Civil Procedure.


Dated:  November 17, 2020     **PERKOWSKI LEGAL, PC**

By:     /s/ Peter Perkowski
Peter E. Perkowski

Attorneys for Defendants OKULARITY, INC.
and JON NICOLINI