# SUPPLEMENTAL DECLARATION OF PETER PERKOWSKI

I, Peter Perkowski, declare as follows:

1. I am an attorney at law licensed to practice before all Courts of the State of California, including this Court. I am a principal of the law firm of Perkowski Legal, and counsel of record for defendants Okularity, Inc. and Jon Nicolini (together, "Okularity"). The information stated below is of my own personal knowledge.

2. On October 27, 2020, I sent a letter by email to Robert Tauler, counsel for plaintiff ENTtech Media Group LLC in this action. The letter was sent on behalf of Okularity and jointly with counsel for co-defendants BackGrid USA, Inc., Splash News and Picture Agency, LLC, and Xposure Photo Agency Inc. (the "Photo Agencies"). A copy of this letter is attached as Exhibit 1.

3. The letter pertains to a Local Rule 7-3 conference that had taken place among plaintiff's counsel Robert Tauler and Robert Kohn, counsel for the Photo Agencies David Quinto, and me the previous Friday, October 23. Among the issues discussed at that conference was a motion that plaintiff anticipated filing: a motion for leave to amend the complaint yet again, this time to add me as a defendant, as well as Steve Ginsburg, a principal of one of the Photo Agencies. The basis for adding me as a defendant was my role as General Counsel for Okularity.

I swear under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct. Dated this 20th day of November 2020.

    /s/ Peter E. Perkowski