1
2
3
4
5

Peter E. Perkowski (SBN 199491)
peter@perkowskilegal.com
Matthew P. Kelly (SBN 224297)
matt@perkowskilegal.com
PERKOWSKI LEGAL, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, California 90071
Telephone: (213) 426-2137

6

Attorneys for Defendants OKULARITY, INC. and JON NICOLINI

7
8
9
10

David Quinto (Bar No. 106232)
Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
ONE LLP
9301 Wilshire Boulevard, Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 866-5157

11
12
13

Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
ONE LLP
4000 MacArthur Boulevard, East Tower Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870

14
15

Attorneys for Defendants BACKGRID USA, INC., SPLASH
NEWS AND PICTURE AGENCY, LLC, and XPOSURE PHOTO
AGENCY, INC.

16

17

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| ENTTECH MEDIA GROUP LLC, | Case No. 2:20-cv-06298 JWH (Ex) |
| *Plaintiff,* | *Hon. John W. Holcomb* |
| v. | **SUPPLEMENTAL DECLARATION OF JOANNA ARDALAN IN SUPPORT OF DEFENDANTS' JOINT MEMORANDUM OF POINTS & AUTHORITIES RE ORDER TO SHOW CAUSE FOR IMPOSITION OF SANCTIONS** |
| OKULARITY, INC. et al., | |
| *Defendants.* | |
| | Date:          December 11, 2020<br>Time:          9:00 a.m.<br>Place:         By videoconference |
| | Compl. filed:    July 15, 2020 |
| | *No Trial Date Set* |

19
20
21
22
23
24
25
26
27
28

---

**JOANNA ARDALAN DECLARATION**

1.      I, Joanna Ardalan, am a partner at One LLP and represent the Photo Agencies in the above captioned litigation. I have personal knowledge of the facts stated herein and if called to testify could and would testify as follows:

2.      In early August, Mr. Tauler reached out to me to meet and confer about an ex parte application he planned on bringing in a related case that the Photo Agencies brought against ENTtech, that was later dismissed without prejudice. The claims were brought in this case as counterclaims. During the meet and confer, Mr. Tauler explained that his client's business relied heavily on its Instagram account and wanted to know if the Photo Agencies would be agreeable to permit Instagram to put the account back up. I conferred with my clients and responded to Mr. Tauler. On or around August 4, I explained by phone that my clients were not agreeable and that the 512(f) and RICO claims were sanctionable. I explained the Photo Agencies' proposal, which would be a "graceful" way to avoid motion practice and potential Rule 11 sanctions.  The proposal was as follows:  ENTtech drops its claims, stipulate to copyright liability, and we go to arbitration for a monetary award, which would save everyone costs and fees and—as seemed very important to ENTtech at the time—would allow ENTtech to get its Instagram account back up without delay. Tauler rejected this proposal immediately after it was proposed during the phone call. In other words, there was no opportunity for Tauler to have conferred with his client.

3.      On or around October 27, 2020, David Quinto, Peter Perkowski, and I met and conferred with Mr. Tauler and Mr. Kohn because ENTtech wanted to add Steve Ginsburg and Peter Perkwski to the RICO claims. Based off of the meet and confer call, the basis for bringing in Mr. Ginsburg was that he made a settlement offer to the CEO of ENTtech. I am still not clear on theory as to why Mr. Perkowski could be added, but Mr. Tauler believed it was appropriate because Mr. Perkowski serves as Okularity' s in-house lawyer.

1

**JOANNA ARDALAN DECLARATION**

1      I declare under penalty of perjury that the facts stated herein are true and

2  correct.

3  Executed on November 20, 2020 in Los Angeles, California.

_____

Joanna Ardalan

2