Peter E. Perkowski (SBN 199491)
peter@perkowskilegal.com
Matthew P. Kelly (SBN 224297)
matt@perkowskilegal.com
PERKOWSKI LEGAL, PC
445 S. Figueroa Street, Suite 3100
Los Angeles, California 90071
Telephone: (213) 426-2137

Attorneys for Defendants OKULARITY, INC. and JON NICOLINI

David Quinto (Bar No. 106232)
Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
ONE LLP
9301 Wilshire Boulevard, Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 866-5157

Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
ONE LLP
4000 MacArthur Boulevard, East Tower Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870

Attorneys for Defendants BACKGRID USA, INC., SPLASH NEWS AND PICTURE AGENCY, LLC, and XPOSURE PHOTO AGENCY, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTTECH MEDIA GROUP LLC, <br> *Plaintiff*, <br> v. <br> OKULARITY, INC. et al., <br> *Defendants*. | Case No. 2:20-cv-06298 JWH (Ex) <br> *Hon. John W. Holcomb* <br> **DECLARATION OF DAVID QUINTO IN SUPPORT OF DEFENDANTS' JOINT MEMORANDUM OF POINTS & AUTHORITIES RE ORDER TO SHOW CAUSE FOR IMPOSITION OF SANCTIONS** <br> Date: December 11, 2020 <br> Time: 9:00 a.m. <br> Place: By videoconference <br> Compl. filed: July 15, 2020 <br> *No Trial Date Set* |

1.     I, David Quinto, am a lawyer at One LLP and represent the Photo Agencies in the above captioned litigation. I have personal knowledge of the facts stated herein and if called to testify could and would testify as follows:

2.     Attached as Exhibit A is a true and correct copy of an e-mail message I received from Mr. Tauler. It is a print-to-pdf from a forwarded copy, which the forwarded content deleted.

I declare under penalty of perjury that the facts stated herein are true and correct.

Executed on November 20, 2020 in Los Angeles, California.

*[signature]*
David Quinto

1

**DAVID QUINTO DECLARATION**

# EXHIBIT A

**Jo Ardalan**

**Subject:** FW: Ginsberg/Backgrid/Paper Mag

---

**From:** Robert Tauler <rtauler@taulersmith.com>
**Sent:** Thursday, September 17, 2020 7:53 PM
**To:** David Quinto <dquinto@onellp.com>
**Subject:** Ginsberg/Backgrid/Paper Mag

**<u>FRE 408</u>**

Mr. Quinto,

I understand that Steve Ginsberg made a call to Tom Florio, CEO of Paper Mag/ENTTech and that Mr. Ginsberg would be reaching out to your firm regarding advancing towards a resolution.

Please let me know if I am mistaken or if I should direct my communications to someone else at your firm.  Otherwise, please call me at the number below tomorrow anytime to discuss.

Robert Tauler, Esq.
Tauler Smith LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
(213) 927-9270
www.taulersmith.com