Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
Each Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

David Quinto (Bar No. 106232)
Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
9301 Wilshire Boulevard
Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 866-5157
Facsimile: (310) 943-2085

Attorneys for Plaintiffs
Backgrid USA, Inc., Splash News and
Picture Agency, LLC, and Xposure Photo
Agency, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTTECH MEDIA GROUP LLC,<br><br>Plaintiffs,<br><br>v.<br><br>OKULARITY, INC.; JON NICOLINI; BACKGRID USA, INC.; SPLASH NEWS AND PICTURE AGENCY, LLC; AND XPOSURE PHOTO AGENCY, INC.<br><br>Defendants. | Case No.: 2:20-cv-06298 JWH (Ex)<br>Hon. John W. Holcomb<br><br>**NOTICE OF REQUEST TO CROSS-EXAMINE ROBERT TAULER PURSUANT TO LOCAL RULE 7-8** |

Pursuant to Local Rule 7-8, Defendants and Cross-Complainants Backgrid USA, Inc., Splash News and Picture Agency, LLC, and Xposure Photo Agency, Inc. request that they be given an opportunity to cross-examine Robert Tauler at the Order to Show Cause hearing set for December 11, 2020 at 9 a.m. The Order to Show Cause Re Sanctions Under Rule 11(c)(3) of the Federal Rules of Civil Procedure (Dkt. 54) expressly invited Defendants' attention to their ability to invoke the procedures of Local Rule 7-8.

Dated: November 27, 2020            **ONE LLP**

By: /s/ Joanna Ardalan
Joanna Ardalan
Peter R. Afrasiabi

Attorneys for Plaintiff
Backgrid USA, Inc.; Splash News and Picture Agency, LLC, Xposure Photo Agency, Inc.

**NOTICE OF REQUEST TO CROSS-EXAMINE ROBERT TAULER**

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES |
| 3 |      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 9301 Wilshire Blvd., Penthouse, Beverly Hills, California 90210. |
| 4 |  |
| 5 |      On November 27, 2020, I caused the document(s) listed below to be served to the address(es) and by the method of service described as follows: |
| 6 |  |
| 7 | **NOTICE OF REQUEST TO CROSS-EXAMINE ROBERT TAULER PURSUANT TO LOCAL RULE 7-8** |
| 8 |  |
| 9 | Telephone: (310) 590-3927 |
| 10 | Email: rtauler@taulersmith.com |
| 11 | Attorneys for Plaintiff |
| 12 | Enttech Media Group LLC |
| 13 | [X]   (BY EMAIL) |
| 14 | I declare that I am a member of the bar of this court. |
| 15 | Executed on November 27, 2020 at Beverly Hills, California. |

*[signature]*

Joanna Ardalan