Robert Tauler (SBN 241964)
rtauler@taulersmith.com
Tauler Smith, LLP
626 Wilshire Boulevard, Suite 510
Los Angeles, California 90017
Tel: (310) 590-3927

Attorneys for Plaintiff
ENTTech Media Group LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTTECH MEDIA GROUP LLC<br><br>Plaintiff,<br><br>v.<br><br>OKULARITY, INC., *et al.*<br><br>Defendants. | Case No. 2:20-cv-06298-JWH (Ex)<br><br>Assigned to Hon. John W. Holcomb<br>Courtroom 2<br><br>**PLAINTIFF'S OBJECTION TO NOTICE OF REQUEST TO CROSS-EXAMINE ROBERT TAULER PURSUANT TO LOCAL RULE 7-8 [64]** |

**OBJECTION TO REQUEST TO CROSS-EXAMINE ROBERT TAULER**

Counsel for Plaintiff ENTTech objects to Defendants "Request to Cross-Examine Robert Tauler" [Dkt. 64] on the grounds that Mr. Tauler, counsel for Plaintiff, is not the subject of cross-examination as a "declarant" regarding a "question of fact" under consideration by the Court.

Under L.R. 7-8, a request for the presence of a declarant for cross-examination is only allowed when hearing "…motions where an issue of fact is to be determined…"

However, since the existence of a question of fact precludes Rule 11 sanctions. *Instant Checkmate, Inc. v. Background Alert, Inc.*, 2014 U.S. Dist. LEXIS 190115, *20 (S.D. Cal. Dec. 4, 2014) ("Given this question of fact, and in light of the Court's denial of Instant Checkmate's motion to dismiss, the Court finds that the counterclaim is not frivolous for purposes of Rule 11 sanctions").

Finally, it would not be proper for plaintiff's counsel to be questioned as a factual witness regarding matters potentially subject to work-product and attorney-client privilege at the outset of a case regarding the substance of the complaint at issue.

Respectfully submitted,

DATED: December 2, 2020        TAULER SMITH LLP

By:   */s/ Robert Tauler*
Robert Tauler
Attorneys for Plaintiff
ENTTech Media Group LLC

# CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2020, copies of the foregoing document were served by the Court's CM/ECF system to all counsel of record in this action.

Dated: December 2, 2020

**TAULER SMITH, LLP**

By: /s/ *Robert Tauler*
Robert Tauler

Counsel for Plaintiff
ENTTECH MEDIA GROUP LLC