NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Peter Perkowski (SBN 199491)
Matthew Kelly (SBN 224297)
PERKOWSKI LEGAL, PC
445 S. Figueroa St., Suite 3100
Los Angeles, CA 90071
(213) 426-2137

ATTORNEY(S) FOR: OKULARITY, INC. and JON NICOLINI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTTECH MEDIA GROUP LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>OKULARITY, INC. et al.,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:20-cv-6298 JWH (Ex)<br><br>**AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Defendants Okularity, Inc. and Jon Nicolini_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ENTTECH MEDIA GROUP LLC | Plaintiff |
| OKULARITY, INC. | Defendant |
| JON NICOLINI | Defendant |
| CONTINENTAL CASUALTY COMPANY/CNA | Insurance carrier |
| BACKGRID USA, INC. | Defendant |
| SPLASH NEWS AND PICTURE AGENCY, LLC | Defendant |
| XPOSURE USA, INC. | Defendant |

| | |
|---|---|
| 12/09/2020 | /s/ Peter Perkowski |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Defendants Okularity, Inc. and Jon Nicolini