1  Peter R. Afrasiabi (Bar No. 193336)
   pafrasiabi@onellp.com
2  **ONE LLP**
   4000 MacArthur Boulevard
3  East Tower, Suite 500
   Newport Beach, CA 92660
4  Telephone: (949) 502-2870
   Facsimile:  (949) 258-5081
5
   David Quinto (Bar No. 106232)
6  Joanna Ardalan (Bar No. 285384)
   jardalan@onellp.com
7  **ONE LLP**
   9301 Wilshire Boulevard
8  Penthouse Suite
   Beverly Hills, CA 90210
9  Telephone: (310) 866-5157
   Facsimile:  (310) 943-2085
10
11 Attorneys for Defendants and
   Counterclaimants Backgrid USA, Inc.,
   Splash News and Picture Agency, LLC, and
12 Xposure Photo Agency, Inc.

13            **UNITED STATES DISTRICT COURT**
14            **CENTRAL DISTRICT OF CALIFORNIA**
15

| ENTTECH MEDIA GROUP LLC, | Case No.: 2:20-cv-06298 JWH (Ex) |
|---|---|
| Plaintiffs, | Hon. John W. Holcomb |
| v. | **NOTICE TO THE COURT RE: ASSIGNMENT OF SPLASH NEWS AND PICTURE AGENCY LLC's COPYRIGHTS** |
| OKULARITY, INC.; JON NICOLINI; BACKGRID USA, INC.; SPLASH NEWS AND PICTURE AGENCY, LLC; AND XPOSURE PHOTO AGENCY, INC. | |
| Defendants. | |

TO THE COURT:

Please take notice that on or around January 19, 2021 Splash News and Picture Agency LLC ("Splash") inadvertently assigned the copyrights to its photographs at issue in this litigation to its parent company.

Splash first informed its litigation counsel in the above captioned action about the January 19, 2021 Assignment on February 3, 2021.

On February 9, 2021, the parent company assigned back to Splash all rights, title, and interest to the copyrights, including the right to sue for past and future infringements of the copyrights that are at issue in this litigation.

Dated:  February 9, 2021     **ONE LLP**

By:  /s/ Joanna Ardalan
Joanna Ardalan
Peter R. Afrasiabi

Attorneys for Defendants and Counterclaimants

Backgrid USA, Inc.; Splash News and Picture Agency, LLC, Xposure Photo Agency, Inc.