Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
Each Tower, Suite 500
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:    (949) 258-5081

David W. Quinto (Bar No. 106232)
dquinto@onellp.com
Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
9301 Wilshire Boulevard
Penthouse Suite
Beverly Hills, CA 90210
Telephone:   (310) 866-5157
Facsimile:    (310) 943-2085

Attorneys for Defendants and
Counterclaimants Backgrid USA, Inc.,
Splash News and Picture Agency, LLC, and
Xposure Photo Agency, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTTECH MEDIA GROUP LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>OKULARITY, INC.; JON NICOLINI; BACKGRID USA, INC.; SPLASH NEWS AND PICTURE AGENCY, LLC; AND XPOSURE PHOTO AGENCY, INC.<br><br>        Defendants. | Case No.: 2:20-cv-06298 JWH (Ex)<br>Hon. John W. Holcomb<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed: July 15, 2020 |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned counsel for Plaintiff Backgrid USA, Inc.; Splash News and Picture Agency, LLC and Xposure Photo Agency, Inc. ("Backgrid") certify and state as follows:

Backgrid has no parent corporation, and no publicly held company owns 10% or more of its stock;

The parent company of Splash News and Picture Agency, LLC is Splash News and Picture Agency Holdings, Inc., formerly known as SilverHub Media US Inc. and Splash News and Picture Group Limited.  No publicly held company owns 10% or more of its stock;

Xposure Photo Agency, Inc. has no parent corporation, and no publicly held company owns 10% or more of its stock;

Dated:  February 11, 2021          **ONE LLP**

By:  /s/ Joanna Ardalan
       Joanna Ardalan
       Peter R. Afrasiabi
       David W. Quinto

       Attorneys for Defendants and
       Counterclaimants
       Backgrid USA, Inc.; Splash News and
       Picture Agency, LLC, Xposure Photo
       Agency, Inc.

2
**CORPORATE DISCLOSURE STATEMENT**