UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-06298-JWH (Ex) | Date | February 11, 2021 |
| Title | *Enttech Media Group LLC v. Okularity, Inc., et al.* | | |

| | |
|---|---|
| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
| Irene Vazquez | Miriam Baird |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Robert Tauler | Joanna Ardalan |
| Gil Nathan Peles | David W. Quinto |
| | Peter E. Perkowski |

**Proceedings:** **VIDEO HEARING RE: ORAL ARGUMENT ON ORDER TO SHOW CAUSE [ECF No. 54]; DEFENDANTS BACKGRID USA, INC., SPLASH NEWS AND PICTURE AGENCY, LLC, AND XPOSURE PHOTO AGENCY, INC.'S MOTION FOR SANCTIONS [ECF No. 39]; DEFENDANTS' MOTION TO DISMISS [ECF Nos. 65 & 66]; and SCHEDULING CONFERENCE**

Counsel state their appearances. The Court confers with counsel and hears oral argument. The Court takes the OSC and the motions under submission. The Court further confers with counsel regarding the case schedule. For the reasons stated on the record, the Court hereby **ORDERS** as follows:

    1.    The parties are **DIRECTED** to begin non-deposition discovery, commencing today, pertaining to the issues raised in the Counterclaim and the Answer thereto.

    2.    The parties are further **DIRECTED** to exchange Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, pertaining to the

issues raised in the Counterclaim and the Answer thereto, no later than 12:00 noon on February 18, 2021.

    **IT IS SO ORDERED.**