Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
Each Tower, Suite 500
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

David W. Quinto (Bar No. 106232)
dquinto@onellp.com
Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
9301 Wilshire Boulevard
Penthouse Suite
Beverly Hills, CA 90210
Telephone:  (310) 866-5157
Facsimile:   (310) 943-2085

Attorneys for Defendants and
Counterclaimants Backgrid USA, Inc.,
Splash News and Picture Agency, LLC, and
Xposure Photo Agency, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTTECH MEDIA GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>OKULARITY, INC.; JON NICOLINI; BACKGRID USA, INC.; SPLASH NEWS AND PICTURE AGENCY, LLC; AND XPOSURE PHOTO AGENCY, INC.<br><br>Defendants. | Case No.: 2:20-cv-06298 JWH (Ex)<br>Hon. John W. Holcomb<br><br>**SPLASH NEWS AND PICTURE AGENCY LLC'S NOTICE OF BANKRUPTCY**<br><br>Complaint Filed: July 15, 2020 |

1. On March 23, 2021, Splash News and Picture Agency, LLC ("Splash" or "Debtor") filed for Chapter 11 bankruptcy in the United States Bankruptcy Court for the District of Nevada, Case No. 21-11377.

2. Pursuant to Section 362 of the Bankruptcy Code, the Debtor's March 23, 2021 Chapter 11 filing operates as an automatic stay of all actions against the Debtor, including the present action. Actions taken in violation of the automatic stay are invalid and voidable and shall be avoided absent limited equitable circumstances. Any party that violates the automatic stay shall be subject to the equitable and legal remedies of any other Court with jurisdiction over the parties. The Notice of Bankruptcy Case Filing confirming the filing of this bankruptcy case in the United States District Court for the District of Nevada is attached to this Notice. *See* Exhibit A.

Dated: March 23, 2021            ONE LLP

                                         By: /s/ Joanna Ardalan
                                             Joanna Ardalan
                                             Peter R. Afrasiabi
                                             David W. Quinto

                                         Attorneys for Defendants and Counterclaimants
                                         Backgrid USA, Inc.; Splash News and Picture Agency, LLC, Xposure Photo Agency, Inc.

# EXHIBIT A

United States Bankruptcy Court
District of Nevada

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 03/23/2021 at 2:02 PM and filed on 03/23/2021.

**SPLASH NEWS & PICTURE AGENCY, LLC**
c/o Atkinson Law Associates Ltd.
376 E Warm Springs Rd Suite 130
Las Vegas, NV 89119
Tax ID / EIN: 81-4773112

The case was filed by the debtor's attorney:

**ROBERT E. ATKINSON**
ATKINSON LAW ASSOCIATES LTD
376 E. WARM SPRINGS RD SUITE 130
LAS VEGAS, NV 89119
(702) 614 0600

The case was assigned case number 21-11377-abl to Judge AUGUST B. LANDIS.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.nvb.uscourts.gov or at the Clerk's Office, 300 Las Vegas Blvd., South, Las Vegas, NV 89101.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Mary A. Schott**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/23/2021 14:37:39 | | | |
| **PACER Login:** | KansasCityAccess:4840732:4821675 | **Client Code:** | 0549828-0000007mdf |
| **Description:** | Notice of Filing | **Search Criteria:** | 21-11377-abl |

| Billable Pages: | 1 | Cost: | 0.10 |