Robert Tauler (SBN 241964)
rtauler@taulersmith.com
Tauler Smith, LLP
626 Wilshire Boulevard, Suite 510
Los Angeles, California 90017
Tel: (310) 590-3927

Attorneys for Plaintiff
ENTTech Media Group LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTTECH MEDIA GROUP LLC<br><br>Plaintiff,<br><br>v.<br><br>OKULARITY, INC., *et al.*<br><br>Defendants. | Case No. 2:20-cv-06298-JWH (Ex)<br><br>Assigned to Hon. John W. Holcomb<br>Courtroom 2<br><br>**PLAINTIFF'S OBJECTION TO "NOTICE OF BANKRUPTCY" [DKT. 95]** |

## OBJECTION AND SUGGESTION TO STRIKE

Plaintiff ENNTech Media Group objects to the "Notice of Bankruptcy" filed by "Splash News **and** Picture Agency" ("Defendant")(Dkt. 95).  Attached as Exhibit A to the "Notice of Bankruptcy" is a printout of from the docket of the bankruptcy case which refers to a different legal entity on its face.  The entity that filed for bankruptcy is called "Splash News **&** Picture Agency," who is not a party to this case.

Although the names are similar (the word "and" is replaced with an ampersand) it has been made clear by counsel for "Splash News **and** Picture Agency" that the two entities are in fact very, very different.  In fact, counsel for Defendant argued in November that ENTTech should be sanctioned because it "attempted to serve Splash News and Picture Agency LLC at the agent for service of process for Splash News & Picture Agency LLC, a different entity." (Dkt 39-1 page ID 397-398)(emphasis added).

The declaration supporting this assertion also made it appear as though counsel for Defendant only learned of the existence of the bankrupt splash in November of 2020, stating "I investigated further and realized that there are two entities, Splash News **and** Picture Agency LLC and Splash News **&** Picture Agency LLC registered in California." (Dkt. 39-2 at ¶¶ 2-4, Ex. B).  Thus, counsel for Defendant is perfectly aware that the bankruptcy petition filed yesterday has no bearing on this case or the pending motions.

The bankruptcy of an unrelated entity does not have any impact on these proceedings.  Therefore, Plaintiff respectfully OBJECTS to the "Notice of Bankruptcy" on the grounds that the bankruptcy clearly has to do with a different entity.

DATED: March 24, 2021                               TAULER SMITH LLP

                                        By:   /s/ Robert Tauler
                                              Robert Tauler
                                              Attorneys for Plaintiff
                                              ENTTech Media Group LLC

# CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2021, copies of the foregoing document were served by the Court's CM/ECF system to all counsel of record in this action.

Dated: March 24, 2021              TAULER SMITH, LLP

                                   By: /s/ *Robert Tauler*
                                       Robert Tauler

                                   Counsel for Plaintiff
                                   ENTTECH MEDIA GROUP LLC