1  Robert Tauler (SBN 241964)
   rtauler@taulersmith.com
2  Valerie Saryan (SBN 297115)
   vsaryan@taulersmith.com
3  Gil Peles (SBN 238889)
   gpeles@taulersmith.com
4  Tauler Smith LLP
   626 Wilshire Boulevard, Suite 510
5  Los Angeles, California 90017
   Tel: (310) 590-3927
6
7  Attorneys for Plaintiff
   ENTTech Media Group LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ENTTECH MEDIA GROUP LLC | Case No. 2:20-cv-06298-JWH (Ex) |
|---|---|
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR ENTRY OF PROTECTIVE ORDER** |
| OKULARITY, INC., *et al*. | Hon. Charles F. Eick |
| Defendants. | |

**PLEASE TAKE NOTICE** that the undersigned counsel for all parties hereby stipulate to the entry of the Protective Order (attached hereto as Exhibit A).

DATED: March 30, 2021                          TAULER SMITH LLP


                                               By: /s/ *Robert Tauler*
                                                     Robert Tauler

                                               Attorneys for Plaintiff
                                               ENTTech Media Group LLC

DATED: March 30, 2021                          PERKOWSKI LEGAL PC


                                               By: /s/ *Peter E. Perkowski*
                                                     Peter E. Perkowski
                                                     Matthew P. Kelly

                                               Attorneys for Defendants
                                               Okularity, Inc. and Jon Nicolini

DATED: March 30, 2021                          ONE LLP


                                               By: /s/ *Joanna Ardalan*
                                                     Joanna Ardalan
                                                     Peter R. Afrasiabi
                                                     David Quinto

                                               Attorneys for Defendant/Counterclaimants
                                               Backgrid USA, Inc.; Splash News and
                                               Picture Agency, LLC; and Xposure Photo
                                               Agency, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2021, copies of the foregoing document were served by the Court's CM/ECF system to all counsel of record in this action.

DATED: March 30, 2021					TAULER SMITH LLP


						By:   /s/ *Robert Tauler*
						        Robert Tauler

						Attorneys for Plaintiff
						ENTTech Media Group LLC