Robert Tauler (SBN 241964)
rtauler@taulersmith.com
Valerie Saryan (SBN 297115)
vsaryan@taulersmith.com
Gil Peles (SBN 238889)
gpeles@taulersmith.com
Tauler Smith LLP
626 Wilshire Boulevard, Suite 510
Los Angeles, California 90017
Tel: (310) 590-3927

Attorneys for Plaintiff
ENTTech Media Group LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTTECH MEDIA GROUP LLC<br><br>Plaintiff,<br><br>v.<br><br>OKULARITY, INC., *et al*.<br><br>Defendants. | Case No. 2:20-cv-06298-JWH (Ex)<br><br>**RESPONSE TO OBJECTIONS RE: STIPULATED PROTECTIVE ORDER (DKT. 106)** |

## **RESPONSE TO OBJECTIONS (DKT. 106)**

Counterclaimants have filed "Objections" to the filing of the "Stipulated Protective Order" (Dkt. 104), on the grounds that Stipulated Protective Order contained the name of "Splash News and Picture Agency" in the signature block under their attorney's name (alongside the other two Counterclaimants) – the only place where the words "Splash News" appear in the entire document.  Notably, Counterclaimants do not object to the actual "Protective Order," (Dkt. 105) presumably because it does not contain the name of any party besides Counterclaim-Defendant ENTTech Media Group LLC (the filer).

Counterclaimants Objections are not well taken.  Specifically, since "Splash News *and* Picture Agency" announced that Splash News *&* Picture Agency (a different entity) was filing for bankruptcy (Dkt. 95), counsel for Counterclaimants has continued to file documents with the same signature block it now complains of.  (*See*, Dkt. 96 at Page ID #:24879-2480).  In fact, the objections themselves state that they are being made on behalf of "counsel of record for [] Splash News and Picture Agency LLC" (Dkt 106, ¶ 1).  The Objections were filed only after a conference with an unnamed "bankruptcy counsel," who presumably agreed to this reference.  (Dkt 106, ¶ 9).  Thus, it cannot be fairly said that the reference to "Splash News" in the signature block amounts to an "erratum" for one side, but not the other.

However, out of an abundance of caution and pending the Court's hearing related to the status of the case on April 9, 2021, Counterclaim-Defendant hereby requests that the Court withdraw Docket Entry No. 104, since no names were included intentionally, or to create additional work for the Court in what was expected to be a routine matter.

DATED: March 31, 2021                                     TAULER SMITH LLP

By:   /s/ *Robert Tauler*
Robert Tauler, Esq.
Attorneys for Plaintiff and
Counterclaim-Defendant

1
RESPONSE TO OBJECTIONS TO STIPULATION

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2021, copies of the foregoing document were served by the Court's CM/ECF system to all counsel of record in this action.

DATED: March 31, 2021                    TAULER SMITH LLP


By: /s/ *Robert Tauler*
      Robert Tauler

Attorneys for Plaintiff
ENTTech Media Group LLC