Robert Tauler (SBN 241964)
rtauler@taulersmith.com
Valerie Saryan (SBN 297115)
vsaryan@taulersmith.com
Gil Peles (SBN 238889)
gpeles@taulersmith.com
Tauler Smith LLP
626 Wilshire Boulevard, Suite 510
Los Angeles, California 90017
Tel: (310) 590-3927

Attorneys for Plaintiff
ENTTech Media Group LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTTECH MEDIA GROUP LLC<br><br>Plaintiff,<br><br>v.<br><br>OKULARITY, INC., *et al*.<br><br>Defendants. | Case No. 2:20-cv-06298-JWH (Ex)<br><br>**NOTICE OF JOINT STIPULATION RE ENTTECH MEDIA GROUP LLC'S MOTION TO COMPEL UNDER LOCAL RULE 37-2,4 FOR NON-DISCLOSURE OF DAMAGES COMPUTATION AND EVIDENTIARY MATERIAL UNDER RULE 26(a)**<br><br>[HON. CHARLES. F. EICK]<br><br>Date: June 4, 2021<br><br>Time: 9:30 am<br><br>Location: Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, CA, 90012, Courtroom 750, 7th Floor<br><br>Discovery Cutoff Date:   None<br>Pretrial Conference Date: None<br>Trial Date:              None |

PLEASE TAKE NOTICE that, on June 4, 2021 at 9:30 a.m. in pursuant to Local Rule 37-2.1, Plaintiff/Counterclaim-Defendant ENTTech Media Group LLC ("Plaintiff") and Defendants/Counterclaimants Backgrid USA, Inc. and Xposure Photo Agency, Inc. ("Defendants") submits their Joint Stipulation containing all issues in dispute with respect to ENTTech's Motion to Compel concerning Counterclaimants' Amended Initial Disclosures and seeking the remedies set forth in FRCP 37 (a)(4)(A) and FRCP 37(c)(1) .

The parties met and conferred pursuant to Central District Local Rule 37-1 on March 26, 2021. ENTTech sent Counterclaimants' counsel ENTTech's portion of the Joint Stipulation on April 14, 2021, and Counterclaimants sent a pdf of a joint statement on April 21, 2021.  On April 27, 2021, counsel for ENTTEch re-sent Counterclaimants' counsel ENTTech's portion of the Joint Stipulation pursuant to the Court's minute order (Dkt 124).   A week later, Counterclaimants provided their portion and the stipulation was provided to opposing counsel on May 6, 2021 pursuant to L.R. 37-2.2.

DATED: May 6, 2021                                        TAULER SMITH LLP

                                                          By:   /s/ *Robert Tauler*
                                                          Robert Tauler, Esq.
                                                          Attorneys for Plaintiff and
                                                          Counterclaim-Defendant
                                                          ENTTech Media Group LLC

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2021, copies of the foregoing document were served by the Court's CM/ECF system to all counsel of record in this action.

DATED: May 6, 2021                         TAULER SMITH LLP

                          By: /s/ *Robert Tauler*
                          Robert Tauler, Esq.
                          Attorneys for Plaintiff and
                          Counterclaim-Defendant