Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
Each Tower, Suite 500
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

David W. Quinto (Bar No. 106232)
dquinto@onellp.com
Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
9301 Wilshire Boulevard
Penthouse Suite
Beverly Hills, CA 90210
Telephone:  (310) 866-5157
Facsimile:   (310) 943-2085

Attorneys for Defendants and Counterclaimants Backgrid USA, Inc. and Xposure Photo Agency, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTTECH MEDIA GROUP LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OKULARITY, INC.; JON NICOLINI; BACKGRID USA, INC.; SPLASH NEWS AND PICTURE AGENCY, LLC; AND XPOSURE PHOTO AGENCY, INC.<br><br>　　　　　Defendants. | Case No.: 2:20-cv-06298 JWH (Ex)<br>Hon. John W. Holcomb<br><br>**BACKGRID USA, INC. & XPOSURE PHOTO AGENCY, INC.'S NOTICE OF SETTLEMENT** |

---

NOTICE OF SETTLEMENT

TO THE COURT:

Backgrid USA, Inc. and Xposure Photo Agency, Inc. hereby give notice to the Court that the Parties, excluding Splash News and Picture Agency LLC, have resolved this matter through mediation that occurred on June 2, 2021.[1]

The Parties are in the process of drafting a long form agreement.

Dated:  June 7, 2021                    **ONE LLP**

By:  /s/ Joanna Ardalan
Joanna Ardalan
Peter R. Afrasiabi
David W. Quinto

Attorneys for Defendants and Counterclaimants
Backgrid USA, Inc. and Xposure Photo Agency, Inc.

---

[1] Backgrid and Xposure circulated a notice of settlement to the parties as a courtesy. ENTtech had a minor suggestion that was included in the draft and re-circulated. Backgrid and Xposure wanted to expeditiously file this notice to avoid use of judicial resources for a resolved case. When Backgrid and Xposure did not get confirmation that the revised draft was agreeable, Backgrid and Xposure explained they would file the notice and that it did not require consent from the other parties because only counsel for Backgrid and Xposure signed the notice. ENTtech objected notwithstanding the fact that it is not signing the notice.