| | |
|---|---|
| 1 | Peter R. Afrasiabi (Bar No. 193336) |
| 2 | pafrasiabi@onellp.com<br>**ONE LLP** |
| 3 | 4000 MacArthur Boulevard<br>Each Tower, Suite 500 |
| 4 | Newport Beach, CA 92660<br>Telephone: (949) 502-2870 |
| 5 | Facsimile:  (949) 258-5081 |
| 6 | David W. Quinto (Bar No. 106232)<br>dquinto@onellp.com |
| 7 | Joanna Ardalan (Bar No. 285384)<br>jardalan@onellp.com |
| 8 | **ONE LLP**<br>9301 Wilshire Boulevard |
| 9 | Penthouse Suite<br>Beverly Hills, CA 90210 |
| 10 | Telephone: (310) 866-5157<br>Facsimile:  (310) 943-2085 |
| 11 | Attorneys for Defendants and |
| 12 | Counterclaimants Backgrid USA, Inc.,<br>Xposure Photo Agency, Inc., and Splash |
| 13 | News and Picture Agency |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | ENTTECH MEDIA GROUP LLC, | Case No.: 2:20-cv-06298 JWH (Ex) |
| 17 | Plaintiff, | Hon. John W. Holcomb |
| 18 | v. | **STIPULATION FOR DISMISSAL OF** |
| 19 | OKULARITY, INC.; JON NICOLINI;<br>BACKGRID USA, INC.; SPLASH | **PARTY SPLASH NEWS AND PICTURE AGENCY** |
| 20 | NEWS AND PICTURE AGENCY, | |
| 21 | LLC; AND XPOSURE PHOTO<br>AGENCY, INC. | |
| 22 | Defendants. | |

**STIPULATION FOR DISMISSAL OF PARTY SPLASH NEWS AND PICTURE AGENCY**

1 It is stipulated by ENTtech Media Group LLC ("Plaintiff" and "Counter Defendant"), on one hand, and Splash News and Picture Agency ("Defendant" and "Counter Claimant"), on the other hand, that all claims brought by Defendant/Counter Claimant against Plaintiff/Counter Defendant and all claims brought by Plaintiff/Counter Defendant against Defendant/Counter Claimant should be dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

Respectfully submitted,

Dated: September 15, 2021    **TAULER SMITH LLP**

By: /s/ *Robert Tauler*

Robert Tauler

Attorneys for Plaintiff
ENTTech Media Group LLC

Dated:  September 15, 2021    **ONE LLP**

By: */s/ Joanna Ardalan*
Joanna Ardalan
Peter R. Afrasiabi
David W. Quinto

Attorneys for Defendants and Counterclaimants Backgrid USA, Inc., Xposure Photo Agency, Inc., and Splash News and Picture Agency

Dated: September 15, 2021    **PERKOWSKI LEGAL PC**

By: /s/ *Peter E. Perkowski*

Peter E. Perkowski
Matthew P. Kelly

Attorneys for Defendants
Okularity, Inc. and Jon Nicolini

2
**STIPULATION FOR DISMISSAL OF PARTY SPLASH NEWS AND PICTURE AGENCY**

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)

Pursuant to Local Rule 5-4.3.4(2)(i), I, Joanna Ardalan, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: */s/ Joanna Ardalan*
Joanna Ardalan

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 4000 MacArthur Boulevard, East Tower, Suite 500, Newport Beach, California 92660.

On September 15, 2021, I caused to be served the following document(s) to the address(es) and by the method of service described below:

**STIPULATION FOR DISMISSAL OF PARTY SPLASH NEWS AND PICTURE AGENCY**

| | |
|---|---|
| Robert Tauler<br>Gil Peles<br>Valerie Saryan<br>TAULER SMITH, LLP<br>626 Wilshire Blvd., Suite 510<br>Los Angeles, CA 90017<br>Telephone: (310) 590-3927<br>Email: rtauler@taulersmith.com<br>        gpeles@taulersmith.com<br>        vsaryan@taulersmith.com<br>        lstein@taulersmith.com<br><br>Attorneys for Plaintiff<br>ENT Tech Media Group LLC | Peter E. Perkowski<br>Matthew P. Kelly<br>PERKOWSKI LEGAL, PC<br>445 S. Figueroa Street, Suite 3100<br>Los Angeles, CA 90071<br>Telephone: (213) 426-2137<br>Email: peter@perkowskilegal.com<br>        matt@perkowskilegal.com<br><br>Attorneys for Defendants<br>Okularity, Inc. and Jon Nicolin |

[**X**]   (BY E-SERVICE) I delivered to ONELEGAL, LLC, an e-filing and e-service provider with the Superior Court of California, the above-described document(s), to be filed and electronically served through the Superior Court's e-filing system on the above registered participants on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 15, 2021 at Newport Beach, California.

*/s/ Jessica Burr*
Jessica Burr